AO 106 (Rev. 04/10) Application for a Search Warrant

FILED ~~ENTERED~~
LODGED ~~RECEIVED~~

MAR 11 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
757 Woodford Ave N., Kent, WA, et al )
See Attachment A for List of Locations and Target )
Vehicles to be searched )

Case No. **MJ13 - 142**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A for List of Locations and Target Vehicles to be searched

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B for a list of items to be seized.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 and 846 | Drug Trafficking and Conspiracy |
| 18 U.S.C. § 1956 and 1957 | Money Laundering and Conspiracy |
| 21 U.S. C. § 843(b) | Communication to Further an Act or Acts that Constitute a Felony |

The application is based on these facts:
See attached affidavit of Terris Farabee, Task Force Officer, DEA.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Terris Farabee, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **March 11, 2013**

_____
*Judge's signature*

City and state: Seattle, Washington

James P. Donohue, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A
## PLACES TO BE SEARCHED

Permission is sought to search the following locations:

a.   **The residence of indicted defendant Braulio ZUNIGA-Cervantes which is utilized as a stash house by the Antonio ZUNIGA-Barajas DTO:**

**757 Woodford Avenue N, Kent, Washington.** This is a one story single family residence located on the west side of Woodford Avenue N. The exterior of the residence is a tan painted siding with white painted trim. The main entrance door to the residence is located on the east side of the residence. There is an exterior light located immediately to the left of the entrance door near the top of the trim. The numbers "757" in black are hung to the left of the entrance door (if facing west from Woodford Avenue N). The east side of the residence has a window on each side of the entrance door and a single car garage door located along the northern portion of the east side.  There are two windows located on the south side of the residence and one window located on the west side of the residence. The north side of the residence has a window and what appears to be an exterior door located under the covered patio portion on the northwest side of the residence.

b.   **The residence of indicted defendant Victor CARMONA-Tapia:**
**12102 4th Avenue W, #2-102, Everett, Washington.** This is a large, multi-unit apartment complex called the Crystal Cove Apartment. This is an apartment located on the first floor on the east side of the building. The entrance to the building is accessed from a stairwell located on the east side of the apartment building. The building #2 is located directly west of the main office of the Crystal Cove Apartment property as accessed off of 4th Ave W. The apartment complex property can be accessed from two eastern entrances and two northern entrances. There is covered and uncovered vehicle parking spots located immediately to the east of building #2. The exterior of the building is painted tan/cream with green trim. There is a green placard with numbers "301-302-201-202-101-102" located to the left of the stairwell (if looking west from the parking lot). The entrance door to apartment #2-102 is a dark color. The entrance door is located on the first level of the stairwell landing on the north side. There is a large "2" colored white in a green background located on the east side of the building. The stairwell has covered parking located right in front of it.

c.   **The residence of indicted defendant Omar VALENCIA-Barajas:**

**7725 Timber Hill Drive, #B, Everett, Washington.** This is a two-story multi-family dwelling located on the eastern side of Timber Hill Drive. The building

1

itself is comprised of yellow painted siding with a small amount of exposed red brick on the west side of the building.  There is a multi-bay exposed garage/carport located on the east side of the building.  There are large windows on every side of the building.  There are entrance doors on the west, north, and south side of the building on the lower level.  There is also an entrance door on the southeast corner of the building on the upper level.  The building is accessed directly off of Timber Hill Drive along the north side of the building.  Another access point to the building is from an alley that starts just east of Timber Hill Drive on Ridgewood Drive and continues south along the east side of the building.  Apartment #B is located on the north side of the building.  The entrance door to apartment #B is white in color with white painted trim.  There are no markings on the door itself.  The door has a dark colored door handle and deadbolt.  To the left of the door is a two bulb exterior light with motion sensor.  Just below the exterior light at approximately the same height as the deadbolt is a dark grey colored placard with a thin white colored letter "B" drawn on it.  There is a large sliding glass window located on either side of the entrance door.

d.   **The residence of un-indicted co-conspirator Roberto GODINEZ-Magana**:
   **7725 Timber Hill Drive, #C, Everett, Washington.**  This is a two-story multi-family dwelling located on the eastern side of Timber Hill Drive.  The building itself is comprised of yellow painted siding with a small amount of exposed red brick on the west side of the building.  There is a multi-bay exposed garage/carport located on the east side of the building.  There are large windows on every side of the building.  There are entrance doors on the west, north, and south side of the building on the lower level.  There is also an entrance door on the southeast corner of the building on the upper level.  The building is accessed directly off of Timber Hill Drive along the north side of the building.  Another access point to the building is from an alley that starts just east of Timber Hill Drive on Ridgewood Drive and continues south along the east side of the building.  Apartment #C is located on the south side of the building.  The entrance door to apartment #C is white in color with white painted trim.  There are no markings on the door itself.  The door has a brass colored deadbolt with a silver colored door handle and dark grey back plate.  To the right of the door is a single bulb exterior light.  Below the exterior light at approximately the same height as the door handle is a dark grey placard with a white colored letter "C" on it.  There is a large sliding glass window located immediately to the right of the entrance door.

e.   **The residence of indicted defendant Jose CUEVAS-Mendoza**:
   **17901 157th Place SE, Monroe, Washington.**  This is a one story single family residence located on the northeast corner of the intersection of 179th Avenue SE and 157th Place SE.  The exterior of the residence is a tan/cream painted lap siding with white painted trim.  The main entrance door to the residence is located on the

2

south side of the residence just to the left of the attached garage. There are exterior lights mounted to the left and right of the garage door facing south. Under the left exterior light next to the garage are the numbers "17901" in what appear to be black coloring. The front door is dark colored with a shiny brass colored toe-kick on the bottom of the door. There is a large picture window located on the southwest section of the residence. There are is at least one window located on each side of the residence. There is a smaller skinny window located to the left of the entry door on the south side of the residence. There is a paved driveway extending south from the garage connecting to 157th Place SE. There is a wooden fence that wraps around and borders the property on the east, west and north side. The roof of the residence is a medium pitch composition shingle roof. There are some medium height bushes located along the south and southwestern edge of the property.

f.    **The residence of indicted defendant Esgardo Daniel MARTINEZ-Pizano:**
**2204 Morgan Street, Aberdeen, Washington.** This is a one story duplex of wood construction that is green in color with a brown shingled roof with an attached two-car garage at the rear of the residence. The front door for the residence at 2204 Morgan Street is located to the right (if looking at the front of the residence) and 2206 would be to the left (if looking at the front of the residence). The two front doors face south towards Morgan Street. There are three cement steps leading up to the front door, with black hand railing on each side of the steps. The front door has a white screen door and a brown interior door, with a slim, rectangular window. The numbers "2204" are posted to the right of the front door. There are two large windows located on the front of the residence, to the left and right of the two front doors. Two large shrubs are located on the front corners of the residence. A medium high chain link fence surrounds the residence and yard.

g.    **The residence of indicted defendant Hector M. HERNANDEZ-Hernandez:**

**6621 Idaho Street, Vancouver, Washington.** This is a single story wood frame house that is sea foam green in color with teal trim, a dark colored shingled roof, with an attached garage. The numbers "6621" are clearly posted vertically on the residence to the left of the front door (if facing the front door). There is also a light fixture to the left of the front door. The front door faces north and is slightly recess on the front of the residence. There are multiple windows on the front of the residence. The garage door faces west. There is a satellite dish on the roof on the east side.

h.    **The residence of indicted defendant Alberto Rodriguez BERNAL:**

**10808 NE 84th Street, Vancouver, Washington.** This is a single story wood

frame house that is teal in color with white trim.  There is brick facade below the two main windows on the front of the residence, to the left and right of the front door of the residence.  The front door of the residence is white in color and has one cement step in front of it.  The door knob and deadbolt are on the left side of the door (if facing the front door).  The front door has a half circle window at the top of the door.  The numbers "10808" are black in color and are posted vertically on the front of the residence to the right of the front door.  The front of the residence faces NE 84th Street.  There is a detached garage/out-building on the north-east corner of the property.

i.  **The residence of un-indicted co-conspirator Wilibaldo HERNANDEZ-Pardo**:

**1403 Aberdeen Avenue, Aberdeen, Washington**.  This is a one story residence that is beige in color with green trim.  There are no visible house numbers on the residence.  The residence to the east is numbered as 1401 Aberdeen Avenue and the residence to the west is numbered as 1405 Aberdeen Avenue.  There are bushes that obscure the front of 1403 Aberdeen Avenue.  There is an alley that runs behind the residence.  There is a rear door on the residence that faces south into the alley.

I am also seeking warrants for the following subject vehicles used by these same individuals, which are likely to be found in the Western District of Washington:

a.  **A 2002 black Acura TL with Washington license 355-WEC.**  This vehicle is driven by Omar VALENCIA-Barajas.

b.  **A 2003 black Cadillac Escalade with Washington license AJS5640.**  This vehicle is driven by Braulio ZUNIGA-Cervantes and Sandra GUTIERREZ.

c.  **A 2005 black Nissan Sentra with Washington license AKN3719**.  This vehicle is driven by Enrique OROZCO-Rojas and Victor CARMONA-Tapia.

d.  **A 1994 green Ford Ranger with Washington license B09366R**.  This vehicle is driven by Victor CARMONA-Tapia.

e.  **A 2002 red Ford Explorer with Washington license AED1551**.  This vehicle is driven by Victor CARMONA-Tapia.

f.  **A 2006 dark green Honda Civic with Washington license AGN7406.**  This vehicle is driven by Esgardo Daniel MARTINEZ-Pizano.

g.  **A 2012 black Chevy Impala with Washington license AKV5293.**  This vehicle is driven by Jose CUEVAS-Mendoza.

4

h.     **A 2003 White Hyundai Elentra with Washington License Plate AKW1498**:
This vehicle is driven by Hector M. HERNANDEZ-Hernandez.

**ATTACHMENT B**
**ITEMS TO BE SEARCHED FOR AND SEIZED**

This warrant authorizes the government to search for the following items:

Evidence and/or fruits of the commission of the following crimes: Distribution and possession with intent to distribute controlled substances in violation of 21, U.S.C. § 841(a)(1); use of a communications facility in furtherance of a felony drug offense in violation of 21, U.S.C., § 843(b); conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21, U.S.C. § 846; and laundering of monetary instruments in violation of 18 U.S.C. 1956, including but not limited to the following materials:

1. Controlled Substances: including but not limited to heroin, methamphetamine and cocaine.

2. Drug Paraphernalia: Items to be used to store and distribute controlled substances, such as plastic bags, cutting agents, scales, measuring equipment, and similar items.

3. Drug Transaction Records: Documents such as ledgers, receipts, notes, and similar items relating to the acquisition, transportation, and distribution of controlled substances, however stored, including in digital devices.

4. Customer and Supplier Information: Items identifying drug customers and drug suppliers, such as, telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with drug amounts and prices, and similar items, however stored, including in digital devices.

5. Cash and Financial Records: Currency and financial records that show income from drug trafficking, including bank records, safe deposit box records and keys, credit card records, bills, receipts (including, but not limited to receipts from wiretransfers and bank deposits/withdrawals), tax returns, vehicle documents, and similar items; and other records that show income and expenditures, net worth including receipts for personal property, negotiable instruments, bank drafts, cashiers checks, and similar items.

6. Photographs: Photographs, video tapes, digital cameras, and similar items depicting friends and relatives of the property occupants, or suspected buyers or sellers of controlled substances, controlled substances, and assets derived from the distribution of controlled substances.

1

7.     Property Records:  Deeds, contracts, escrow documents, mortgage documents, rental documents, and other evidence relating to the purchase, ownership, rental, or control of the premises, and similar records of other property owned or rented.

8.     Firearms:  Magazines, ammunition, and body armor.

9.     Codes:  Evidence of codes used in the distribution of controlled substances, including but not limited to passwords, code books, cypher or decryption keys, and similar information.

10.    Cell Phones: Cellular telephones and other communications devices including Blackberries, Androids, iPhones, and similar devices, may be seized, and may be searched only for the following items:
    i.     Assigned telephone number and identifying serial number (e.g., ESN, MIN, IMSI, IMEI);
    ii.    Stored list of recent received, sent, or missed calls;
    iii.   Stored contact information;
    iv.    Stored photographs of narcotics, currency, guns or other weapons, suspected criminal activity, and/or the user of the phone or co-conspirators, including any embedded GPS data associated with those photographs; and
    v.     Stored text messages.

11.    Personal Property - Evidence of wealth such as jewelry, precious metals, stocks, bonds, currency and coinage.

12.    Tools - Tools that may be used to open hidden compartments in vehicles, paint, bonding agents, magnets, other items that may be used to open/close said compartments.

**AFFIDAVIT**

STATE OF WASHINGTON     )
                                 ) ss

COUNTY OF KING             )

      Special Agent Terris Farabee, being first duly sworn on oath, deposes and says:

### MY BACKGROUND AND QUALIFICATIONS

1.     I, Terris Farabee, am a Special Agent of the Drug Enforcement Administration, and have been so employed since June 2004. I have a Bachelor of Arts degree in Criminal Justice, attended the West Virginia State Police Academy, and was employed as a police officer with the City of Wheeling, West Virginia from 1996 to 2004. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). In that capacity, I investigate violations of the Controlled Substances Act, Title 21, United States Code, Section 841, et seq.

2.     I am currently assigned to the Seattle Field Division. I have completed 16 weeks of DEA Basic Agent training at the DEA Academy in Quantico, Virginia. I have received training in the enforcement and investigation of the Controlled Substances Act. I have participated in narcotics investigations, service of search warrants, arrests, and seizures relating to the manufacture, distribution, and transportation controlled substances and offenses related to controlled substances violations such as money laundering, which have resulted in the arrest of individuals and the seizure of illicit narcotics and/or narcotic related evidence and the forfeiture of narcotics related assets. I have participated in debriefing of defendants, witnesses, and informants, during which I have discussed with them their methods of drug smuggling, distribution, packaging, trafficking, avoiding law enforcement, and laundering proceeds, among other concerns related to drug trafficking. I have encountered and have become familiar with various tools, methods, trends, paraphernalia and related articles utilized by various traffickers in their efforts to import, conceal and distribute controlled substances. I am also familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their unlawful operations, and how they code their conversations to disguise their unlawful activities.

1  I have been involved in multiple long term investigations that have utilized wiretaps as part of

2  the investigation.

3                                    **PURPOSE OF AFFIDAVIT**

4          3.       This Affidavit is submitted in support of a request to search the residences and

5  vehicles described further below.  As set forth below, there is probable cause to believe that each

6  location contains evidence of one or more of the following violations of federal law:

7  Distribution and possession with intent to distribute controlled substances in violation of 21

8  U.S.C. §§ 841 and 846 (distribution, and possession with intent to distribute, of controlled

9  substances, and conspiracy to do the same), 21 U.S.C. §843(b) (use of communication facilities

10  to commit, facilitate, or further an act or acts which constitute a felony), and 18 U.S.C. §§

11  1956(a)(1)(B)(i) and 1956(h) (money laundering and conspiracy to do the same).

12          4.       The items to be seized are more particularly described in Attachment "B" hereto,

13  which is incorporated by this reference.

14                                    **SEALED INDICTMENT**

15          5.       On February 28, 2013, a Federal Grand Jury for the Western District of

16  Washington returned, under seal, a two-count Indictment charging ANTONIO

17  ZUNIGA-BARAJAS, FNU LNU, a/k/a "Javier," ENRIQUE OROZCO-ROJAS, PEDRO

18  BARRIGAN-VALDOVINOS,[1] BRAULIO ZUNIGA-CERVANTES, JOSE MANUEL

19  PARDO-MARTINEZ, ESGARDO DANIEL MARTINEZ-PIZANO, VICTOR

20  CARMONA-TAPIA, OMAR VALENCIA-BARAJAS, JOSE CUEVAS-MENDOZA, HECTOR

21  M. HERNANDEZ-HERNANDEZ, ALBERTO RODRIGUEZ-BERNAL, OMAR

22  HUERTA-GARCIA, and others known and unknown, with Conspiracy to Distribute Heroin &

23  Methamphetamine (Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846)

24  (Count One) and ANTONIO ZUNIGA-BARAJAS, FNU LNU, a/k/a "Javier," ENRIQUE

25  OROZCO-ROJAS, PEDRO BARRIGAN-VALDOVINOS, ESGARDO DANIEL

26

27          [1]       After indictment, it was discovered that the correct spelling of Pedro
    BARRIGAN-Valdovinos was Pedro BARRAGAN-Valdovinos.  We anticipate correcting the
28  spelling in a forthcoming Superceding Indictment.  In the affidavit, I will use the correct spelling
    of Pedro BARRAGAN-Valdovinos.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    MARTINEZ-PIZANO, OMAR VALENCIA-BARAJAS, JOSE CUEVAS-MENDOZA, and

2    others known and unknown, with Conspiracy to Commit Money Laundering (Title 18, United

3    States Code, Sections 1956(a)(1)(B)(i), 1956(a)(2)(A), and 1956(h))(Count Two). This

4    indictment followed the lengthy investigation discussed below. The Court issued arrest warrants

5    for all of these individuals, most of which will be served at the time of the search warrants

6    requested herein, and others to be served contemporaneously in the Western District of

7    Washington.

8                              **LOCATIONS TO BE SEARCHED**

9          6.        Permission is sought to search the following locations, each of which is described

10   with particularity in Attachment "A" hereto, incorporated by this reference:

11         a.       **The residence of indicted defendant Braulio ZUNIGA-Cervantes which is
                    utilized as a stash house by the Antonio ZUNIGA-Barajas DTO:**

12
                   **757 Woodford Avenue N, Kent, Washington.** This is a one story single family
13                 residence located on the west side of Woodford Avenue N. The exterior of the
                   residence is a tan painted siding with white painted trim. The main entrance door
14                 to the residence is located on the east side of the residence. There is an exterior
                   light located immediately to the left of the entrance door near the top of the trim.
15                 The numbers "757" in black are hung to the left of the entrance door (if facing
                   west from Woodford Avenue N). The east side of the residence has a window on
16                 each side of the entrance door and a single car garage door located along the
                   northern portion of the east side.   There are two windows located on the south
17                 side of the residence and one window located on the west side of the residence.
                   The north side of the residence has a window and what appears to be an exterior
18                 door located under the covered patio portion on the northwest side of the
                   residence.
19
           b.       **The residence of indicted defendant Victor CARMONA-Tapia:**
20
                   **12102 4th Avenue W, #2-102, Everett, Washington.** This is a large, multi-unit
21                 apartment complex called the Crystal Cove Apartment. This is an apartment
                   located on the first floor on the east side of the building. The entrance to the
22                 building is accessed from a stairwell located on the east side of the apartment
                   building. The building #2 is located directly west of the main office of the Crystal
23                 Cove Apartment property as accessed off of 4th Ave W. The apartment complex
                   property can be accessed from two eastern entrances and two northern entrances.
24                 There is covered and uncovered vehicle parking spots located immediately to the
                   east of building #2. The exterior of the building is painted tan/cream with green
25                 trim. There is a green placard with numbers "301-302-201-202-101-102" located
                   to the left of the stairwell (if looking west from the parking lot). The entrance
26                 door to apartment #2-102 is a dark color. The entrance door is located on the first
                   level of the stairwell landing on the north side. There is a large "2" colored white
27                 in a green background located on the east side of the building. The stairwell has
                   covered parking located right in front of it.
28

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

c.   **The residence of indicted defendant Omar VALENCIA-Barajas:**

**7725 Timber Hill Drive, #B, Everett, Washington.** This is a two-story multi-family dwelling located on the eastern side of Timber Hill Drive. The building itself is comprised of yellow painted siding with a small amount of exposed red brick on the west side of the building. There is a multi-bay exposed garage/carport located on the east side of the building. There are large windows on every side of the building. There are entrance doors on the west, north, and south side of the building on the lower level. There is also an entrance door on the southeast corner of the building on the upper level. The building is accessed directly off of Timber Hill Drive along the north side of the building. Another access point to the building is from an alley that starts just east of Timber Hill Drive on Ridgewood Drive and continues south along the east side of the building. Apartment #B is located on the north side of the building. The entrance door to apartment #B is white in color with white painted trim. There are no markings on the door itself. The door has a dark colored door handle and deadbolt. To the left of the door is a two bulb exterior light with motion sensor. Just below the exterior light at approximately the same height as the deadbolt is a dark grey colored placard with a thin white colored letter "B" drawn on it. There is a large sliding glass window located on either side of the entrance door.

d.   **The residence of un-indicted co-conspirator Roberto GODINEZ-Magana:**

**7725 Timber Hill Drive, #C, Everett, Washington.** This is a two-story multi-family dwelling located on the eastern side of Timber Hill Drive. The building itself is comprised of yellow painted siding with a small amount of exposed red brick on the west side of the building. There is a multi-bay exposed garage/carport located on the east side of the building. There are large windows on every side of the building. There are entrance doors on the west, north, and south side of the building on the lower level. There is also an entrance door on the southeast corner of the building on the upper level. The building is accessed directly off of Timber Hill Drive along the north side of the building. Another access point to the building is from an alley that starts just east of Timber Hill Drive on Ridgewood Drive and continues south along the east side of the building. Apartment #C is located on the south side of the building. The entrance door to apartment #C is white in color with white painted trim. There are no markings on the door itself. The door has a brass colored deadbolt with a silver colored door handle and dark grey back plate. To the right of the door is a single bulb exterior light. Below the exterior light at approximately the same height as the door handle is a dark grey placard with a white colored letter "C" on it. There is a large sliding glass window located immediately to the right of the entrance door.

e.   **The residence of indicted defendant Jose CUEVAS-Mendoza:**

**17901 157th Place SE, Monroe, Washington.** This is a one story single family residence located on the northeast corner of the intersection of 179th Avenue SE and 157th Place SE. The exterior of the residence is a tan/cream painted lap siding with white painted trim. The main entrance door to the residence is located on the south side of the residence just to the left of the attached garage. There are exterior lights mounted to the left and right of the garage door facing south. Under the left exterior light next to the garage are the numbers "17901" in what appear to be black coloring. The front door is dark colored with a shiny brass colored toe-kick on the bottom of the door. There is a large picture window located on the southwest section of the residence. There is are at least one window located on each side of the residence. There is a smaller skinny window

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

located to the left of the entry door on the south side of the residence.  There is a paved driveway extending south from the garage connecting to 157th Place SE.  There is a wooden fence that wraps around and borders the property on the east, west and north side.  The roof of the residence is a medium pitch composition shingle roof.  There are some medium height bushes located along the south and southwestern edge of the property.

f.   **The residence of indicted defendant Esgardo Daniel MARTINEZ-Pizano**:

**2204 Morgan Street, Aberdeen, Washington.**  This is a one story duplex of wood construction that is green in color with a brown shingled roof with an attached two-car garage at the rear of the residence.  The front door for the residence at 2204 Morgan Street is located to the right (if looking at the front of the residence) and 2206 would be to the left (if looking at the front of the residence).  The two front door face south towards Morgan Street.  There are three cement steps leading up to the front door, with black hand railing on each side of the steps.  The front door has a white screen door and a brown interior door, with a slim, rectangular window.  The numbers "2204" are posted to the right of the front door.  There are two large windows located on the front of the residence, to the left and right of the two front doors.  Two large shrubs are located on the front corners of the residence.  A medium high chain link fence surrounds the residence and yard.

g.   **The residence of indicted defendant Hector M. HERNANDEZ-Hernandez**:

**6621 Idaho Street, Vancouver, Washington.**  This is a single story wood frame house that is sea foam green in color with teal trim, a dark colored shingled roof, with an attached garage.  The numbers "6621" are clearly posted vertically on the residence to the left of the front door (if facing the front door).  There is also a light fixture to the left of the front door.  The front door faces north and is slightly recess on the front of the residence.  There are multiple windows on the front of the residence.  The garage door faces west.  There is a satellite dish on the roof on the east side.

h.   **The residence of indicted defendant Alberto Rodriguez BERNAL**:

**10808 NE 84th Street, Vancouver, Washington.**  This is a single story wood frame house that is teal in color with white trim.  There is brick facade below the two main windows on the front of the residence, to the left and right of the front door of the residence.  The front door of the residence is white in color and has one cement step in front of it.  The door knob and deadbolt are on the left side of the door (if facing the front door).  The front door has a half circle window at the top of the door.  The numbers "10808" are black in color and are posted vertically on the front of the residence to the right of the front door.  The front of the residence faces NE 84th Street.  There is a detached garage/out-building on the north-east corner of the property.

i.   **The residence of un-indicted co-conspirator Wilibaldo HERNANDEZ-Pardo**:

**1403 Aberdeen Avenue, Aberdeen, Washington.**  This is a one story residence that is beige in color with green trim.  There are no visible house numbers on the residence.  The residence to the east is numbered as 1401 Aberdeen Avenue and the residence to the west is numbered as 1405 Aberdeen Avenue.  There are bushes that obscure the front of 1403 Aberdeen Avenue.  There is an alley that runs behind the residence.  There is a rear door on the residence that faces south into the alley.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

7.     I am also seeking warrants for the following subject vehicles used by these same individuals, which are likely to be found in the Western District of Washington:

a.    **A 2002 black Acura TL with Washington license 355-WEC.** This vehicle is driven by Omar VALENCIA-Barajas.

b.    **A 2003 black Cadillac Escalade with Washington license AJS5640.** This vehicle is driven by Braulio ZUNIGA-Cervantes and Sandra GUTIERREZ.

c.    **A 2005 black Nissan Sentra with Washington license AKN3719.** This vehicle is driven by Enrique OROZCO-Rojas and Victor CARMONA-Tapia.

d.    **A 1994 green Ford Ranger with Washington license B09366R.** This vehicle is driven by Victor CARMONA-Tapia.

e.    **A 2002 red Ford Explorer with Washington license AED1551.** This vehicle is driven by Victor CARMONA-Tapia.

f.    **A 2006 dark green Honda Civic with Washington license AGN7406.** This vehicle is driven by Esgardo Daniel MARTINEZ-Pizano.

g.    **A 2012 black Chevy Impala with Washington license AKV5293.** This vehicle is driven by Jose CUEVAS-Mendoza.

h.    **A 2003 White Hyundai Elentra with Washington License Plate AKW1498:** This vehicle is driven by Hector M. HERNANDEZ-Hernandez.

8.     For each of the above locations, I seek authority to search all parts of the property, including main structure, garage(s), storage structures, outbuildings, and curtilage, and all vehicles, containers, compartments, or safes located on the property, whether locked or not where the items described in Attachments B (lists of items to be seized) could be found. For each of the above vehicles, I seek authority to search all parts of the vehicle and any cases, containers, compartments, or safes located in the vehicle, whether locked or not, where the items described in Attachments B (lists of items to be seized) could be found. Additionally, as is discussed herein, members of this conspiracy have been known to use vehicles with hidden compartments. For this reason, I am requesting that if agents are unable to thoroughly search or access a particular area of a  vehicle at the location where the vehicle is found, the vehicle may be transported to another location where they would have at their disposal the appropriate tools and equipment to properly search the vehicle, and the search may continue at that location.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COMMON CHARACTERISTICS OF DRUG TRAFFICKERS AND DTOs.

9.      As a result of my training and experience, and based on my consultation with other agents and law enforcement officers, I have an understanding of the manner in which narcotics are distributed and the various roles played by individuals and groups in their distribution. I have encountered and have become familiar with various tools, methods, trends, paraphernalia and related articles utilized by various traffickers in their efforts to import, conceal and distribute controlled substances. I am also familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their unlawful operations. I am also familiar with the manner in which drug traffickers will use weapons to protect their drug activities and further its goals.

10.     Based upon my training, experience, and conversations with other experienced officers and agents, I know that:

a.      Persons involved in the trafficking of controlled substances typically will obtain and distribute drugs on a regular basis, much as a distributor of a legal commodity would purchase stock for sale. Similarly, such drug traffickers will maintain an "inventory," which will fluctuate in size depending upon the demand for and the available supply of the product.

b.      Drug traffickers must maintain and have quick access to large amounts of United States currency or other liquid assets in order to maintain and finance their ongoing drug business. Profits from drug transactions are also in cash, and this cash must be either stored, or else transferred by deposit, wire transfer, or by purchasing a money order or other such instrument; receipts and other records documenting these transactions are evidence of drug trafficking crimes, and are likely to be stored at a person's home, business, or vehicle, often for years at a time.

c.      Individuals involved in the distribution of controlled substances frequently maintain paraphernalia for use in manufacturing, processing/cutting, packaging, weighing and distributing their illegal drugs. The paraphernalia often includes, but is not limited to, scales, plastic bags and diluting/cutting agents, chemicals, glass and lab ware, ingredients for making or

1  cutting drugs, and masks or ventilators and other safety items, and other items to mask the odor

2  or presence of narcotics.

3          d.      Drug traffickers often place assets, i.e. vehicles, residences, property in

4  names other than their own to avoid detection of those assets by government and law

5  enforcement agencies.  Even though these assets are placed in the names of other persons or

6  entities, the drug traffickers continue to use these assets and exercise dominion and control over

7  them.

8          e.      Drug traffickers often maintain in their residences, and/or business

9  establishment, or vehicle, records relating to the transportation, ordering, sale and distribution of

10  controlled substances and the outstanding debts and collections from controlled substances that

11  have been distributed, including some or all of the following: electronically stored, computerized,

12  or hand-written books, records, receipts, diaries, notes, ledgers, airline tickets, cashier's checks,

13  money orders and other papers.

14          f.      Drug traffickers commonly provide controlled substances on consignment

15  sale to their customers, who subsequently pay for the drugs after reselling them.  Therefore, the

16  above-mentioned books, records, receipts, notes, ledgers, etc., will be secured by the drug

17  traffickers within their residences, vehicles, and/or their businesses for their ready access for the

18  purpose of determining drug debts and collecting monies derived from the sale of drugs.

19          g.      Drug traffickers utilize cell phones, smart phones, Blackberry devices, text

20  messages and/or email devices for ready access to their clientele for the purpose of maintaining

21  their drug related business, and to store customer and supplier names and contact information.

22          h.      Drug traffickers commonly will attempt to legitimize the profits from

23  illegal drug transactions by using domestic banks and their attendant services (i.e., safe deposit

24  boxes, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate,

25  shell corporations and business fronts), or transfer those funds through money remitters,

26  generating receipts of such transactions which are then maintained for long periods of time.

27          i.      Drug traffickers take, or cause to be taken, photographs/video of

28  themselves, their associates, their property, and their product.  These photographs/ videos movies

1 are frequently in the drug traffickers' possession, their residence, vehicle, and/or their place of

2 business.

3         j.      Drug traffickers' methods of transporting drugs include but are not limited

4 to: commercial airlines, private motor vehicles, and government and contract mail carriers.  I

5 know that the vehicles, residences, or business locations of drug traffickers will often contain

6 records of drug-related travel.  These records may include airline ticket receipts, credit card

7 receipts, rental car receipts and luggage tags reflecting points of travel.

8         k.      In my experience and in the experience of other law enforcement officers I

9 have consulted within this investigation, drug traffickers go to great lengths to conceal their

10 distribution enterprise.  Drug traffickers utilize many methods to hide or conceal narcotics,

11 documents, and/or currency related to their illegal distribution of narcotics. I have observed an

12 array of hidden compartments within vehicles for the sole purpose of hiding narcotics or currency

13 from law enforcement detection.  I have observed these compartments both professionally made

14 and personally made.  In this case, we know that Antonio ZUNIGA-Barajas  and his associates

15 use various vehicles to deliver and transport drugs.  It is likely that these vehicles contain some

16 type of hidden compartment for the transportation of these drugs or currency.

17         l.      Drug traffickers commonly have firearms in their possession (on their

18 person, at their residence, in their vehicles and/or their business) including handguns, rifles,

19 shotguns and automatic weapons.  These firearms are most often used and/or maintained in order

20 to protect and secure a drug trafficker's property or manufacturing operation.

21         m.      It is common for drug traffickers to secrete in their vehicles items

22 identified in the above paragraphs, because they use their vehicles to travel to drug transactions

23 and conduct drug business, and such items need to be available to them.  In this case, we have

24 seen that the indicted conspirators use their cars regularly to conduct drug activity, sometimes

25 switching cars mid-day.  Accordingly, it is very likely that drug-related records described above

26 will be maintained in the vehicles, as well as in their residences.

27         n.      Drug traffickers commonly will maintain locations separate from their

28 primary residence to serve as "stash" houses where the traffickers may stay for periods of time; I

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 9

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   know that these "stash" houses often are a place to store incriminating items, including all the

2   items described above. These "stash" houses commonly are rented, rather than purchased, and

3   usually all records associated with that location are in the names of third parties, aliases, or

4   relatives of the actual users. They are frequented by many members of the organization, although

5   none may live there. The "stash" location is likely to change regularly, to protect its secrecy,

6   because it is often vulnerable to theft by other drug dealers.

7         o.    I am familiar with case law in the Ninth Circuit that holds that evidence of

8   drug trafficking, such as the items described herein, is likely to be found where the drug dealers

9   reside, and a search warrant may be properly issued for a suspected drug dealer's residence (or

10   temporary residence or storage locker) despite the lack of direct evidence of criminal activity at

11   the residence or the passage of a number of  months since the last reported activity.

12   **SOURCES OF INFORMATION**

13       11.    I have obtained the facts set forth in this affidavit through my personal

14   participation in the investigation described below; from my review of intercepted conversations

15   (communications including calls and text messages) to date; from oral and written reports of

16   other law enforcement officers; from records, documents and other evidence obtained during this

17   investigation; and from confidential sources who are associated with and knowledgeable about

18   the subjects of this investigation. I have obtained and read official reports prepared by various

19   law enforcement officers participating in this and other investigations. I have not included every

20   fact known concerning this investigation. I have set forth the facts that I believe are necessary for

21   a fair determination of probable cause for the requested search warrants. During this

22   investigation, investigators have made use of numerous investigative techniques, including but

23   not limited to making controlled purchases of controlled substances; executing search warrants;

24   conducting wall stops and seizing drugs and money; using electronic tracking devices;

25   conducting video and physical surveillance; conducting a financial investigation; and utilizing a

26   court-authorized Title III wiretap.

27       12.    When I refer to vehicle ownership in this affidavit, I have reviewed the relevant

28   state vehicle records from the Washington State Department of Licensing, or the equivalent

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 10

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  agency in other states.  When I refer to the criminal history of a subject, I have read the available

2  criminal history from state or federal agencies.  When I refer to telephone subscription records, I

3  have read the subscriber records obtained from the telephone company by administrative

4  subpoena or court order, or I have obtained the information from other law enforcement officers

5  familiar with this investigation. When I refer to telephone toll records, I have received the

6  information from the telephone company pursuant to an administrative subpoena or court-

7  authorized pen registers.  When I refer to GPS data for telephones, that data was obtained

8  pursuant to court authorization, granted in the Western District of Washington.

9       13.    During the course of this investigation, we have obtained authorization in the

10  Western District of Washington to intercept wire and/or electronic (text messages)

11  communications over multiple target telephones, as summarized in the following table:

| Target Telephone | User | Date of Order* | Date Ended |
|---|---|---|---|
| TT6 - 425-350-2108 | Lamberto VALENCIA-Barajas | September 18, 2012 | October 19, 2012 |
| TT9 - 509-553-9819 | Ricardo RUMBO-Mojica | September 18, 2012 | October 19, 2012 |
| TT6 - 1st Extension | Lamberto VALENCIA-Barajas | October 23, 2012 | November 21, 2012 |
| TT9 - 1st Extension** | Ricardo RUMBO-Mojica | October 23, 2012 | November 21, 2012 |
| TT10 - 425-350-3282 | Ricardo RUMBO-Mojica | October 23, 2012 | November 2, 2012*** |
| TT12 - 206-538-7666 | Roberto GODINEZ-Magana | October 23, 2012 | November 21, 2012 |
| TT12 - 1st Extension | Roberto GODINEZ-Magana | November 29,2012 | December 28, 2012 |
| TT13 - 209-565-9987 | Antonio ZUNIGA-Barajas | November 29, 2012 | Extension**** |
| TT16 - 425-344-0734 | Enrique OROZCO-Rojas | November 29, 2012 | December 28, 2012 |

| | | | |
|---|---|---|---|
| TT13 - 1st Extension | Antonio ZUNIGA-Barajas | December 27, 2012 | January 25, 2013 |
| TT20 - 509-412-8464 | Antonio ZUNIGA-Barajas | December 27, 2012 | January 25, 2013 |
| TT21 - 714-568-8286 | Javier LNU | December 27, 2012 | January 25, 2013 |
| TT13 - 2nd Extension | Antonio ZUNIGA-Barajas | January 29, 2013 | February 27, 2013 |
| TT20 - 1st Extension | Antonio ZUNIGA-Barajas and Javier LNU | January 29, 2013 | February 7, 2013***** |
| TT21 - 1st Extension | Javier LNU | January 29, 2013 | February 7, 2013***** |
| TT24 - 425-244-0894 | Pedro BARRAGAN Valdovinos | January 29, 2013 | February 27, 2013 |
| TT27 - 209-845-1128 | Antonio ZUNIGA-Barajas | January 29, 2013 | February 27, 2013 |
| TT28 - 425-366-0069 (calls) | Enrique OROZCO-Rojas | January 29, 2013 | February 24, 2013 ****** |
| TT28 - 425-366-0069 (texts) | Enrique OROZCO-Rojas | February 15, 2013 | February 24, 2013 ****** |
| TT34 - 509-491-8510 | Enrique OROZCO-Rojas | March 1, 2013 | Ongoing |
| TT35 - 509-460-2498 | Enrique OROZCO-Rojas | March 1, 2013 | Ongoing |

*All the Orders in the above table were issued by U.S. District Judge Richard A. Jones.
**On October 25, 2012, investigators learned Ricardo RUMBO-Mojica changed the phone number of TT9 from 509-553-9819 to 206-681-0242, which is referred to as TT9b.

*** Ricardo RUMBO-Mojica discontinued use of TT10 and no calls or text messages were intercepted and investigators ceased monitoring of TT10 on November 2, 2012.

****On December 27, 2012, the Honorable Richard A. Jones signed an order for the continued interception of TT13, one day prior to the original order's expiration.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

*****On February 7, 2013, investigators ceased monitoring of TT20 and TT21 due to the fact that it appeared that Antonio ZUNIGA-Barajas and Javier LNU discontinued use of these phones.

******On February 24, 2013, monitoring of both wire and electronic communication ceased, due to the fact it appeared Enrique OROZCO-Rojas discontinued use of the phone.

14.     During this investigation, investigators have intercepted hundreds, if not thousands, of drug-related conversations.  In this affidavit, I discuss some of these intercepted conversations.  During the majority of these conversations, the individuals were speaking Spanish.  Some conversations were in English or a mix of Spanish and English.  Professional monitors/interpreters have listened to or read these conversations and summarized their content.  Investigators have relied upon the written summaries (line sheets and transcripts) prepared by the monitors for the description of the conversations referenced below.  I know through training and experience, including experience with this investigation, that individuals involved in the distribution of controlled substances and other criminal activity often use coded communications when referring to their illegal activity.  I have used this training and experience, as well as the training and experience of other experienced law enforcement officers familiar with this investigation who have reviewed these summaries, to explain what I believe to be an accurate interpretation for these coded communications, which are included in parentheses in this affidavit.

15.     In this affidavit, I discuss some of the pertinent portions of intercepted conversations and generally do not include the entire intercepted conversation.  I indicate where possible the parties who were intercepted during the conversation.  In so doing, I often rely on voice recognition/comparison by the monitors.  For example, if we have identified an individual as the user of a particular phone (through use of a ruse call, surveillance/GPS, etc.), and that person starts using a different phone, the monitors will typically recognize the voice of that person when using the new phone.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 13

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## BEGINNING OF THE INVESTIGATION

16.     The investigation began in early October 2011 and identified Antonio ZUNIGA-Barajas as the head of a drug trafficking cell responsible for receiving and then distributing heroin, methamphetamine and possibly cocaine in Western Washington.  Antonio ZUNIGA-Barajas' cell works with a drug trafficking organization responsible for the importation of the controlled substances from Mexico into the United States, with transportation through Texas and California to other areas in the United States, including, but not limited to Western Washington.

17.     Between October 5, 2011 and December 1, 2011, a DEA Confidential Source ("CS1") met with Antonio ZUNIGA-Barajas and/or his associates to discuss the use of vehicles to transport drugs or of Antonio ZUNIGA-Barajas supplying CS1 with heroin or cocaine.  On October 25, 2011 and October 28, 2011, co-conspirator Roberto GODINEZ-Magana accompanied Antonio ZUNIGA-Barajas to the meetings with CS1 and, during one such meeting, Roberto GODINEZ-Magana informed CS1 that he was "responsible" for the Mount Vernon area, which has been interpreted to mean Roberto  GODINEZ-Magana is responsible for the distribution of drugs in the Mount Vernon area of Washington State for Antonio ZUNIGA-Barajas.  However, CS1 has not been in contact with Antonio ZUNIGA-Barajas and/or his associates since December 1, 2011.

18.     In early March 2012, a family moved into the suspected stash house at **757 Woodford Avenue N, Kent, Washington** (the "**Woodford House**") that has been associated with Antonio ZUNIGA-Barajas.  The adults were subsequently identified as Braulio ZUNIGA-Cervantes (believed to be Antonio ZUNIGA-Barajas' brother and Javier LNU's son) and Sandra GUTIERREZ-Adame.  Antonio ZUNIGA-Barajas and Roberto GODINEZ-Magana visited the family upon their arrival at the house in early March 2012, and Antonio ZUNIGA-Barajas associate, Enrique OROZCO-Rojas, rented the U-Haul trailer that arrived at the **Woodford House** hitched to their **black Cadillac Escalade (AJS5640)**.[2]  An described

---

[2]     In March of 2012 when the **black Cadillac Escalade** arrived at the **Woodford House**, it had California license 5ACY329.  It was registered in the State of Washington on or about October 18, 2012.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    below, based on intercepted conversations and surveillance, on December 4, 2012, co-conspirator

2    Alberto BERNAL traveled to the **Woodford House** and received 387 gross grams of

3    methamphetamine from Braulio ZUNIGA-Cervantes.  This methamphetamine was later seized

4    by law enforcement.

5         19.    Some of the possible sources of supply for the drugs distributed by the Antonio

6    ZUNIGA-Barajas DTO have been partially identified through the course of this investigation as

7    "El Senor," "Barco," "Pocas Grena" and UM9062.

8                         **ROLES OF SELECTED CO-CONSPIRATORS**

9         20.    Based on the investigation to date and corroborated via wiretap intercepts,

10   surveillance, and other investigative techniques, the roles of the co-conspirators and the manner

11   they were identified are summarized as follows:

12              a.    **Antonio ZUNIGA-Barajas**:  Antonio ZUNIGA-Barajas, aka "Manzana,"

13   has been intercepted coordinating the transportation and distribution of heroin and

14   methamphetamine, as well as coordinating the collection of drug proceeds.  The investigation has

15   confirmed that he is the head of a drug trafficking cell operating in Washington State.  Through

16   intercepted conversations, Antonio ZUNIGA-Barajas can be tied to directly to seizures

17   (described in more detail below) on December 4, 2012 (methamphetamine), January 3, 2013

18   (heroin), January 9, 2013 (money), January 24, 2013 (methamphetamine) and February 13, 2013

19   (heroin).  Antonio ZUNIGA-Barajas currently resides 3401 W. 1st Place, Apt. #1, Kennewick,

20   Washington, along with Javier LNU, who is believed to be Antonio ZUNIGA-Barajas' father,

21   and Enrique OROZCO-Rojas, who is a trusted member of the DTO.  We have identified Antonio

22   ZUNIGA-Barajas as the user of 209-565-9987 (TT-13) using GPS data together with coordinated

23   physical surveillance.  Antonio ZUNIGA-Barajas has also been identified as the user of 509-412-

24   8464 (TT-20) and 509-845-1128 (TT-27).

25              b.    **Javier LNU**:  Javier LNU, aka "Manzanilla," aka "Frank" (hereinafter

26   "Javier" or "Javier LNU") is an unidentified male who speaks Spanish and may be Antonio

27   ZUNIGA-Barajas' father.  Beginning in December 2012, Javier LNU was intercepted using one

28   of Antonio ZUNIGA-Barajas' phones (TT-13) and engaging in drug-related conversations.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 15

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Through the intercepted conversations, investigators learned Javier LNU recently crossed

2    illegally into the United States from Mexico and was with Antonio ZUNIGA-Barajas in

3    Washington State.  Javier LNU has been intercepted engaging in conversations with suspected

4    Mexican-based sources of supply, as well as arranging for drug transactions and payments for

5    narcotics.  Through intercepted conversations, Javier LNU can be tied to seizures on January 9,

6    2013 (money), January 24, 2013 (methamphetamine) and February 13, 2013 (heroin).  Javier

7    LNU has been identified as the user of 714-568-8286 (TT-21), 509-412-8464 (TT-20) and 206-

8    380-7959.

9               c.      **Enrique OROZCO-Rojas**:  Enrique OROZCO-Rojas is a trusted member

10   of the organization and, based on surveillance and intercepted conversations, appears to facilitate

11   the transportation of drugs for the organization.  Enrique OROZCO-Rojas has also been observed

12   conducting financial transactions at various banks at the direction of co-conspirators.  Through

13   surveillance and intercepted conversations, Enrique OROZCO-Rojas can be tied directly to

14   seizures on January 3, 2013 (heroin), January 9, 2013 (money) January 24, 2013

15   (methamphetamine) and February 13, 2013 (heroin).  Based on intercepted conversations and

16   surveillance, it appears Enrique OROZCO-Rojas has one known "runner," Victor CARMONA-

17   Tapia, working with/for him.  Enrique OROZCO-Rojas has been identified using multiple

18   cellular phones during this investigation.  On October 23, 2012, Enrique OROZCO-Rojas

19   provided phone number 425-377-4819 to a police officer during a traffic stop.  Enrique

20   OROZCO-Rojas was also  identified as the user of 425-344-0734 (TT-16) (based on toll analysis,

21   subscriber records and a ruse call and surveillance) and 425-366-0069 (TT-28) (based on toll

22   analysis, voice comparison, and a ruse call and surveillance).

23               d.      **Braulio ZUNIGA-Cervantes**:  Braulio ZUNIGA-Cervantes, aka Jose

24   JUNIGA Cervantes, aka Braulio Zuniga CERVANTES (hereinafter Braulio ZUNIGA Cervantes)

25   lives at the **Woodford House** in Kent, Washington, which is a stash house for the organization.

26   Braulio ZUNIGA-Cervantes is believed to be the brother of Antonio ZUNIGA-Barajas and son

27   of Javier LNU.  Based on intercepted conversations and surveillance, he can be tied directly to

28   the methamphetamine seizure on December 4, 2012.  In particular, as described below, on

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   December 4, 2012, Braulio ZUNIGA-Cervantes provided 387 gross grams of methamphetamine

2   to Alberto BERNAL that was later seized by law enforcement.  Prior to the seizure, Braulio

3   ZUNIGA-Cervantes met with Alberto BERNAL at the **Woodford House** (Braulio

4   ZUNIGA-Cervantes' residence) to complete the transfer of the methamphetamine to Alberto

5   BERNAL.  On November 8, 2012, Braulio ZUNIGA-Cervantes was identified as the user of 206-

6   255-4938, based on coordinated surveillance and a ruse call.  Following the traffic stop of

7   Alberto BERNAL and seizure of methamphetamine, Braulio ZUNIGA-Cervantes stopped using

8   206-255-4938.  Braulio ZUNIGA-Cervantes has since been intercepted using 253-324-2026

9   (subscribed to Sandra GUTIERREZ, the wife/girlfriend of Braulio ZUNIGA-Cervantes) and 253-

10   329-9449 (subscribed to Braulio ZUNIGA-Cervantes).

11        e.   **Pedro BARRAGAN-Valdovinos**:  Pedro BARRAGAN-Valdovinos has

12   been intercepted speaking to Antonio ZUNIGA-Barajas and Javier LNU, among others.

13   Intercepted conversations indicate Pedro BARRAGAN-Valdovinos is responsible for supplying

14   drugs to re-distributors and then collecting the proceeds when the drugs have been distributed.

15   He also works closely with Jose CUEVAS-Mendoza.  Based on intercepted converesations,

16   Pedro BARRAGAN-Valdovinos and Jose CUEVAS-Mendoza owe a drug debt to "El Señor,"

17   and Javier LNU is responsible for collecting it.  Through intercepted conversations, Pedro

18   BARRAGAN-Valdovinos can be tied to the transfer of a vehicle (2006 white Pontiac Grand Prix

19   with Washington license 237XOM) as partial payment for the drug debt owed to "El Señor."

20        f.   **Jose Manuel PARDO-Martinez**:  Jose Manuel PARDO-Martinez, aka

21   Manuel PARDO-Martinez, aka "Mani" (hereinafter "Jose Manuel PARDO-Martinez") has been

22   intercepted using Mexican numbers 52-6721202043 and 52-16671292477 and requesting that

23   Antonio ZUNIGA-Barajas supply his associates with drugs.  Through intercepted conversations

24   he can be connected to the January 3, 2013 and February 13, 2013 heroin seizures.  According to

25   his Washington State driver's license, Jose Manuel PARDO-Martinez was born in 1980 and lives

26   in Aberdeen, Washington, however this investigation has identified Jose Manuel

27   PARDO-Martinez as currently living in Mexico.

28

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 17

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1         g.   **Esgardo Daniel MARTINEZ-Pizano**: Esgardo Daniel

2 MARTINEZ-Pizano, aka "Gordo," is part of a cell working in the Aberdeen area and works

3 with/for Jose Manuel PARDO-Martinez. He is a distributor of heroin and methamphetamine

4 who acquires the heroin and methamphetamine from Antonio ZUNIGA-Barajas and Enrique

5 OROZCO-Rojas. Esgardo Daniel MARTINEZ-Pizano has been intercepted speaking to Antonio

6 ZUNIGA-Barajas. Esgardo Daniel MARTINEZ-Pizano also deposits drug proceeds into bank

7 accounts or sends money transfers as directed by Antonio ZUNIGA-Barajas in order to pay for

8 drugs. He can be tied directly to seizures on January 3, 2013 and February 13, 2013 (heroin). In

9 particular, on February 13, 2013, Esgardo Daniel MARTINEZ-Pizano was observed driving a

10 **green Honda Civic (AGN7406)** (which is registered to Elizabeth B. PIZANO at 2006 Aberdeen

11 Avenue, Aberdeen, Washington) to meet with the driver of a purple PT Cruiser that was later

12 found to be transporting 23 kilograms of heroin to Aberdeen, Washington. Esgardo Daniel

13 MARTINEZ-Pizano has been intercepted on TT-13 using 360-581-8241 and was also identified

14 as the user of 360-589-0739, 360-580-4369, and 360-590-1338 based on voice comparison.

15         h.   **Victor CARMONA-Tapia, aka "Chilango"**: Investigators believe

16 Victor CARMONA-Tapia is a heroin distributor for Enrique OROZCO-Rojas and can be tied

17 through surveillance and phone tolls to the January 3, 2013 heroin seizure. Based on intercepted

18 conversations, Victor CARMONA-Tapia appears to take directions/orders from Enrique

19 OROZCO-Rojas, who in turn takes directions/orders from Antonio ZUNIGA-Barajas. On

20 November 20, 2012, we identified Victor CARMONA-Tapia as the user of cellular phone 253-

21 653-1927 using GPS data together with coordinated physical surveillance. Victor CARMONA-

22 Tapia was intercepted on TT-6 using 253-653-1927. Toll records indicated Victor CARMONA-

23 Tapia discontinued use of 253-653-1927 on or about November 29, 2012. In late December of

24 2012, based on intercepted conversations, toll analysis, and voice comparison, investigators

25 identified Victor CARMONA-Tapia as the user of cellular phones 425-280-2037 and (206) 234-

26 8507.

27         i.   **Omar VALENCIA-Barajas**: Omar VALENCIA-Barajas, aka "Chola,"

28 facilitates the transportation of drugs and money for the organization. On January 9, 2013, he

1   was stopped on Interstate 5 by the Washington State Patrol ("WSP"). The Trooper asked for and

2   received consent to search Omar VALENCIA-Barajas' vehicle and found $44,995 in United

3   States Currency in the vehicle. Subsequent intercepted conversations indicated that the money

4   was destined to go to the drug source of supply in Mexico.

5            j.      **Jose CUEVAS-Mendoza, aka "Pelon"**: Investigators believe that Jose

6   CUEVAS-Mendoza is a distributor of heroin and methamphetamine operating in the Monroe,

7   Washington area. Based on CS information and intercepted conversations, investigators believed

8   Jose CUEVAS-Mendoza works for/with Pedro BARRAGAN-Valdovinos, who acquires the

9   heroin/methamphetamine from Antonio ZUNIGA-Barajas. Based on intercepted conversations,

10  Jose CUEVAS-Mendoza and Pedro BARRAGAN-Valdovinos owe a large amount of money to

11  Antonio ZUNIGA-Barajas and Javier LNU for previously supplied drugs. Jose CUEVAS-

12  Mendoza has been identified as the user of 425-244-2643. More recently, Jose CUEVAS-

13  Mendoza sold approximately one pound of methamphetamine to an undercover officer.

14           k.      **Hector M. HERNANDEZ-Hernandez**: Hector M.

15  HERNANDEZ-Hernandez, aka "Manuel," is a distributor of narcotics in the Vancouver, WA,

16  and Portland, OR, areas. In particular, based on intercepted conversations between Hector M.

17  HERNANDEZ-Hernandez and Javier LNU, the suspected methamphetamine seized from within

18  the vehicle being driven by Omar HUERTA-Garcia on Interstate 84 in Oregon on January 24,

19  2012, was methamphetamine that Javier LNU intended to have Omar HUERTA-Garcia deliver

20  to Hector M. HERNANDEZ-Hernandez in Portland, Oregon. Hector M. HERNANDEZ-

21  Hernandez was identified as the user of 360-721-2257 and 971-302-8223 based on intercepted

22  conversations in conjunction with physical surveillance, as well as subscriber records for each

23  cellular phone. Hector M. HERNANDEZ-Hernandez has been intercepted using both cellular

24  phones speaking with Javier LNU to arrange the purchase of narcotics.

25           l.      **Alberto Rodriguez BERNAL**: Alberto Rodriguez BERNAL, aka

26  Alberto R. BERNAL, aka Alberto Rodriquez BERNAL, aka Benito Campos Bernal, aka Benito

27  Bernal, aka Benito Campos (hereinafter "Alberto BERNAL"), was the driver of a vehicle on

28  December 4, 2012, from which investigators seized approximately 3/4 of a pound of

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 19

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   methamphetamine.  Alberto BERNAL has been identified using multiple cellular phones during

2   this investigation.  On February 21, 2013, Alberto BERNAL was identified as the user of 503-

3   449-3206 based on GPS data in conjunction with surveillance and a ruse call.  Based on voice

4   comparison and call content, I believe that Alberto BERNAL was also the user of 503-701-1163

5   and 360-241-2303.

6           m.      **Omar HUERTA-Garcia**:  Omar HUERTA-Garcia, aka "Gruyo,"

7   registered a silver Ford Fusion (which belongs to the DTO) in his name that is believed to

8   contain a concealed compartment that can be used to transport contraband, including drugs and

9   drug proceeds.  Later, on January 24, 2013, the Oregon State Police stopped Omar

10  HUERTA-Garcia, who was driving a tan Oldsmobile Bravada on Interstate 84 in Oregon, and

11  seized two kilograms of suspected methamphetamine that was hidden in paint cans.  Based on

12  intercepted conversations, the seized methamphetamine was methamphetamine that Javier LNU

13  intended to have Omar HUERTA-Garcia deliver to Hector M. HERNANDEZ-Hernandez in

14  Portland, Oregon.  Omar HUERTA-Garcia has been identified as the user of 509- 438-2278 and

15  509-531-4164.

16          n.      **Ceferino HUERTA Gutierrez**:  Based on intercepted conversations,

17  Ceferino HUERTA Gutierrez is a close associate of Javier LNU and is involved in narcotics

18  trafficking.  Ceferino HUERTA Gutierrez is believed to be the father of Omar HUERTA-Garcia,

19  who was stopped on January 24, 2013 driving a vehicle containing approximately two kilograms

20  of methamphetamine and arrested.  In early January 2013, prior to the stop and arrest of Omar

21  HUERTA-Garcia, Ceferino HUERTA Gutierrez had been intercepted acting as a coordinator

22  between Javier LNU and Omar HUERTA-Garcia.  Ceferino HUERTA Gutierrez would update

23  Javier LNU as to when the shipment would arrive.  Following the traffic stop and arrest, Ceferino

24  HUERTA Gutierrez contacted Javier LNU to, among other things, inform him about the arrest.

25          o.      **Wilibaldo HERNANDEZ-Pardo, aka "Willey," aka "El Pichon"**:

26  Wilibaldo HERNANDEZ-Pardo is an unindicted co-conspirator in the Antonio ZUNIGA-Barajas

27  organization.  Based on intercepted conversations and the overall investigation to date,

28  investigators believed Wilibaldo HERNANDEZ-Pardo is a heroin and methamphetamine

1    distributor in the Aberdeen, Washington area acquiring the drugs from Antonio ZUNIGA-

2    Barajas.  Based on intercepted conversations, Wilibaldo HERNANDEZ-Pardo is the cousin of

3    Jose Manuel PARDO-Martinez.

4              p.    **Roberto Godinez-Magana, aka Flaco**:  Based on the investigation,

5    Roberto GODINEZ-Magana is responsible for the distribution of heroin, methamphetamine, and

6    possibly cocaine, in western Washington.  Roberto GODINEZ-Magana has been observed acting

7    as a driver for Antonio ZUNIGA-Barajas and accompanied Antonio ZUNIGA-Barajas to several

8    meeting with a confidential source ("CS1").  During one of those meetings, Roberto

9    GODINEZ-Magana told CS1 that he was "responsible for the Mount Vernon area, which has

10   been interpreted to mean Roberto GODINEZ-Magana is responsible for the distribution of drugs

11   in the Mount Vernon area of Washington State for Antonio ZUNIGA-Barajas.  Roberto

12   GODINEZ-Magana was identified as the user of 206-538-7666 (TT-12) based on intercepted

13   conversations, physical surveillance in conjunction with location data received pursuant to the

14   Tracking Warrant, and subscriber records.

## NARCOTICS/MONEY SEIZURES

16   **A.    December 4, 2012:  Seizure of Approx. 387 Grams of Methamphetamine**

17              **1.    *Summary of December 4, 2012 Seizure***

18        21.    During early December 2012, investigators intercepted multiple conversations and

19   text messages between Alberto BERNAL, using 503-701-1163 and 360-241-2303, and Antonio

20   ZUNIGA-Barajas, using TT-13, to arrange for the purchase a quantity of drugs by Alberto

21   BERNAL from Antonio ZUNIGA-Barajas.  Antonio ZUNIGA-Barajas texted Alberto BERNAL

22   a phone number to call when he was on his way to pick up the drugs.  Investigators knew this

23   phone number belonged to Braulio ZUNIGA-Cervantes and believed Alberto BERNAL would

24   meet with Braulio ZUNIGA-Cervantes at the **Woodford House** to pick up the quantity of drugs.

25   On December 4, 2012, investigators observed a 2004 silver Chevy pickup arrive at the

26   **Woodford House**.  The driver, Alberto BERNAL, briefly met with Braulio ZUNIGA-Cervantes

27   before departing the residence and traveling south on Interstate 5.  Investigators conducted a

28

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 21

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    traffic stop on the silver Chevy pickup in Chehalis, Washington, and ultimately seized

2    approximately 387 gross grams of methamphetamine from the vehicle.

3            **2.    *Detailed Account of December 4, 2012 Seizure***

4        22.    On December 2, 2012, at approximately 4:35 p.m., Antonio ZUNIGA-Barajas,

5    using TT-13, called Alberto BERNAL at 503-701-1163 (Session No. 474 on TT-13).  During the

6    intercepted conversation Antonio ZUNIGA-Barajas said "… but, well, that 'muchacha' is still

7    there, so you can take it, because…" Alberto BERNAL interrupted and said, "If I have, um… if I

8    have time, um… when I rest during a… week day, I will give you a call to go pick it up

9    because…" Antonio ZUNIGA-Barajas said "Yes, because it's not convenient for me to have it

10   there, as well, because if not, well, it's tough if anything happens."  Alberto BERNAL said, "I

11   have some money held back there.  I want to give it to that 'muchacha'… to see which, which

12   day I am off to give you a call and go over there."

13       23.    Based on my training, experience and knowledge of this investigation, I believe

14   that, during the above intercepted conversation and text message, Antonio ZUNIGA-Barajas told

15   Alberto BERNAL that a quantity of drugs ("muchacha") was still being held for him.  Alberto

16   BERNAL said when he had time during the week he would call Antonio ZUNIGA-Barajas so

17   that he could pick up the quantity of drugs.  Alberto BERNAL then informed Antonio ZUNIGA-

18   Barajas that he had money for the quantity of drugs and would call Antonio ZUNIGA-Barajas

19   when he could pick them up.

20       24.    On December 3, 2012, at approximately 8:22 p.m., TT-13 received a text message

21   from telephone number 360-241-2303 (Session No. 708 on TT-13).  The text message read

22   "Dude, send me the address where that girl is at, to go get her…" At approximately 8:23 p.m.,

23   TT-13 received a follow up text message from telephone number 360-241-2303 (Session No. 709

24   on TT-13).  The text message read "to go get her tomorrow." At approximately 8:24 p.m., TT-13

25   sent a text message to telephone number 360-241-2303 (Session No. 710 on TT-13).  The text

26   message read "It is passing Tacoma, if you want to when you are by Tacoma let me know and I

27   will tell you where to go, at about what time dude?" At approximately 8:26 p.m., TT-13 received

28   a text message from telephone number 360-241-2303 (Session No. 711 on TT-13).  The text

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 22

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  message read "Don't know, between 10 and 11." At approximately 8:29 p.m., TT-13 sent a text

2  message to telephone number 360-241-2303 (Session No. 713 on TT-13). The text message read

3  "Okay, call this number 206-255-4938."

4        25.    On December 3, 2012, at approximately 8:36 p.m., Antonio ZUNIGA-Barajas

5  received an incoming call on TT-13 from Alberto BERNAL, using telephone number 360- 241-

6  2303 (Session No. 717 on TT-13).[3] During the intercepted conversation, Alberto BERNAL told

7  Antonio ZUNIGA-Barajas "So… let me pick up the… that 'canopia' that is there, and… and

8  there uh… and there I would update you with the things. Antonio ZUNIGA-Barajas agreed.

9  Later during the conversation, Alberto BERNAL said, "But, uh… tomorrow, I want to go pick

10  that one there, and… I will talk to him to… to see what… what can we do." Antonio ZUNIGA-

11  Barajas replied, "Well, if you want to go for it, well, let's do it then." Alberto BERNAL added,

12  "And I'll tell him to see what… and there of… and whatever they give me tomorrow there, I'll

13  help you with it." Antonio ZUNIGA-Barajas replied "All right then."

14        26.    Investigators believe that, during the above referenced intercepted conversations,

15  Alberto BERNAL asked Antonio ZUNIGA-Barajas for the address of where to pick up the

16  quantity of drugs ("girl" "canopia"). Antonio ZUNIGA-Barajas confirmed it would be the

17  following day, December 4, 2012, and then asked at what time, to which Alberto BERNAL

18  responded between ten and eleven in the morning. Antonio ZUNIGA-Barajas then provided

19  Alberto BERNAL with telephone number 206-255-4938 to call when he was ready to pick up the

20  quantity of drugs. Investigators had previously identified Braulio ZUNIGA-Cervantes as the user

21  of telephone number 206-255-4938 through physical surveillance and a ruse call.

22        27.    On December 4, 2012, surveillance was established at the **Woodford House**.

23  Investigators observed, among other things, the following activity. At approximately 8:45 a.m.,

24  Sandra GUTIERREZ and a small child departed from **Woodford House** in a **black Cadillac**

25

26  ———————————

27      [3]    Based on a voice comparison between the persons using telephone number 503-701-1163 and 360-241-2303 by the linguists monitoring TT-13, and the content of the

28  intercepted conversations, I believe Alberto BERNAL used telephone number 503-701-1163 to communicate with Antonio ZUNIGA-Barajas on TT-13 on December 2, 2012, and used telephone number 360-241-2303 to communicate with TT- 13 on December 3, 2012.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 23

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    **Escalade (AJS5640)**. At approximately 10:41 a.m., the **black Cadillac Escalade (AJS5640)**

2    returned and parked in the driveway. Sandra GUTIERREZ and a small child got out of the **black**

3    **Cadillac Escalade (AJS5640)** and carried several bags into the garage.

4        28.      At approximately 11:37 a.m., a Hispanic male drove a 2004 silver Chevrolet truck

5    with camper shell through the ball field parking lot north of the **Woodford House**. The silver

6    Chevy pickup then drove south past the **Woodford House** before making a U-turn and pulling

7    into and parking in the driveway of the **Woodford House**. The Hispanic male driver was later

8    identified as Alberto R. BERNAL. Alberto BERNAL got out of the silver Chevy pickup and

9    walked into the open garage of the **Woodford House**. Alberto BERNAL and Brailio ZUNIGA-

10    Cervantes greeted each other, shook hands and walked further into the garage. A few minutes

11    later, Alberto BERNAL got back into the silver Chevy pickup and drove away from the

12    **Woodford House**. The Washington State license plate of the silver Chevy pickup was then

13    confirmed to be B78616W and registered to Alberto R. BERNAL, 3311 Falk Road, Vancouver,

14    Washington.

15        29.      Surveillance units then followed the silver Chevy pickup from the **Woodford**

16    **House**, south on SR-167 and south on Interstate 5. At approximately 12:55 p.m., a WSP Trooper

17    assisted DEA and conducted a traffic stop on the silver Chevy pickup near Exit 76 on

18    southbound Interstate 5. The driver identified himself by producing a Washington State driver's

19    license in the name Alberto Rodriguez BERNAL. Approximately ten minutes later, Task Force

20    Officer (TFO) Matt Bruch with the DEA arrived at the scene to assist. TFO Bruch was

21    accompanied by his drug detection K-9 "Lilly."[4]

22        30.      TFO Bruch applied his drug detection K-9 "Lilly" around the outside of the silver

23    Chevy pickup. TFO Bruch stated "Lilly" gave a positive alert/response for the presence of the

24    odor of narcotics at the driver's side door seam and the passenger side door seam. The driver,

25    Alberto BERNAL, was informed of the positive response by the drug detection K-9 and that the

26

27 ――――――――――――――――

28       [4]      TFO Bruch has been a K-9 handler since 2007 and has also been partnered with "Lilly" since that time. TFO Bruch and "Lilly" have completed their certification every two years (2007, 2009, and 2011).

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 24

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  silver Chevy pickup would be impounded. Alberto BERNAL was then transported by a WSP

2  Trooper off of Interstate 5 to a nearby restaurant. The silver Chevy pickup was transported to a

3  secure WSP Impound lot in Chehalis, Washington. On the same date, investigators obtained and

4  executed a federal search warrant for the silver Chevy pickup. During a search of the silver

5  Chevy pickup, investigators seized approximately 387 gross grams of suspected

6  methamphetamine.

7      31.     As detailed above, investigators believe that Alberto BERNAL made

8  arrangements to purchase a quantity of narcotics from Antonio ZUNIGA-Barajas, who then

9  directed Alberto BERNAL to contact Braulio ZUNIGA-Cervantes in order to pick up that

10  quantity of drugs. During surveillance of the **Woodford House**, investigators observed silver

11  Chevy pickup arrive at the residence. Based on the actions of Braulio ZUNIGA-Cervantes and

12  Alberto BERNAL, as describe above, I believe that Braulio ZUNIGA-Cervantes provided

13  Alberto BERNAL with the methamphetamine that investigators later seized from Alberto

14  BERNAL's vehicle.

15  **B.    January 3, 2013: Victor CARMONA-Tapia Delivers "Two" to Esgardo Daniel**
       **MARTINEZ-Pizano**
16

17              **1.    Summary of January 3, 2013 Delivery/Purchase**

18      32.     Based on the intercepted conversations/text messages and surveillance, on January

19  1, 2013, Jose Manuel PARDO-Martinez contacted Antonio ZUNIGA-Barajas and requested that

20  his associate, Esgardo Daniel MARTINEZ-Pizano, be supplied with three units of narcotics. On

21  January 3, 2013, Antonio ZUNIGA-Barajas contacted Enrique OROZCO-Rojas to tell him

22  (Enrique OROZCO-Rojas) to contact Victor CARMONA-Tapia to make the delivery.

23  Ultimately, Victor CARMONA-Tapia obtained the suspected narcotics from Enrique OROZCO-

24  Rojas and subsequently delivered those narcotics to Esgardo Daniel MARTINEZ-Pizano near the

25  Tacoma Mall. A text message between Antonio ZUNIGA-Barajas and Jose Manuel PARDO-

26  Martinez confirmed that 2 units of narcotics were delivered to Esgardo Daniel MARTINEZ-

27  Pizano on January 3, 2013. A portion of those narcotics were later sold to Confidential Source

28  ("CS") working with the Grays Harbor Drug Task Force ("GHDTF"), and tested positive for

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 25

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 heroin.

2 **2.    *Detailed Account of January 3, 2013 Delivery/Purchase***

3       33.    On January 1, 2013 at approximately 6:02 p.m., Antonio ZUNIGA-Barajas, using

4 TT-13, received an incoming call from Jose Manuel PARDO-Martinez , using Mexican

5 telephone number 52-6721202043 (Session No. 4453).  They exchanged greetings and Antonio

6 ZUNIGA-Barajas asked, "What's new?"  Jose Manuel PARDO-Martinez said, "The guy is

7 probably going to be ready tomorrow."  Antonio ZUNIGA-Barajas said, "I'm also ready."  Jose

8 Manuel PARDO-Martinez said, "Um uh.  Can you bring me three, so that this time it can last me

9 a little bit longer."  Antonio ZUNIGA-Barajas said, "All right."  Jose Manuel PARDO-Martinez

10 said, "All right.  In case he's not ready tomorrow, for sure the day after tomorrow."

11       34.    Based on the call above investigators believe that Jose Manuel PARDO-Martinez

12 contacted Antonio ZUNIGA-Barajas and requested that Antonio ZUNIGA-Barajas supply Jose

13 Manuel PARDO-Martinez's associate, likely Esgardo Daniel MARTINEZ-Pizano, with three

14 units of narcotics.  Investigators believe that the reference to "three" could mean three kilograms

15 of narcotics.

16       35.    On January 3, 2013 at approximately 9:47 a.m., TT-20 received a text message

17 from 360-589-0739 (Session No. 166).  The text message read, "Dude, what happened?"  At

18 approximately 9:51 a.m., TT-20 received a text message from 360-589-0739 (Session No. 167).

19 The text message read, "Call me dude."

20       36.    At approximately 9:58 a.m., Antonio ZUNIGA-Barajas, using TT-20, placed an

21 outgoing call to Enrique OROZCO-Rojas at 206-679-2285 (Session No. 169).  Antonio

22 ZUNIGA-Barajas said, "That dude want to come close."  Enrique OROZCO-Rojas asked, "Is he

23 on his way?"  Antonio ZUNIGA-Barajas said, "He says he wants to come close, so you can tell

24 that asshole."  Enrique OROZCO-Rojas said, "Okay."  Antonio ZUNIGA-Barajas said, "Uh, just

25 that he won't bring all the receipt, send me....Find me an account number, buddy."  Enrique

26 OROZCO-Rojas asked, "Then how much will you complete for me?"  Antonio ZUNIGA-

27 Barajas said, "I don't know, in a little bit I'll find out how much he will bring.  I think that it will

28 be the same as last time.  He will complete for the two and he will be pending with the ones that

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 26

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   are ours." Enrique OROZCO-Rojas responded, "Uh huh." Antonio ZUNIGA-Barajas said, "Uh.

2   Then I believe we'll give him the same, right?" Enrique OROZCO-Rojas said, "That is up to

3   you." Antonio ZUNIGA-Barajas said, "He also wants to take three. What do you think?"

4   Enrique OROZCO-Rojas said, "Uhm. Is that those assholes don't want to complete for the other

5   ones?" Antonio ZUNIGA-Barajas said, "Hey, just two for....." Enrique OROZCO-Rojas said,

6   "That's fine. How much will you put in the account?" Antonio ZUNIGA-Barajas said, "Two....I

7   think that about six." Enrique OROZCO-Rojas said, "Uhm." Antonio ZUNIGA-Barajas said,

8   "Between five and six." Enrique OROZCO-Rojas said, "Oh." Antonio ZUNIGA-Barajas, "Hey,

9   I need to talk to him, so the guy will come close." Antonio ZUNIGA-Barajas said, "Hey, let me

10  call that dude." Enrique OROZCO-Rojas said, "All right."

11          37.     At approximately 10:02 a.m., multiple text messages were intercepted between

12  TT-20 and 360-589-0739. The text message sent by TT-20 read, "What do you say dude? How

13  are you doing?" (Session No. 170). TT-20 received the following response, "I am on my way

14  dude, is it going to be done?" (Session No 171). TT-20 sent a message asking, "How much are

15  you bringing me, in the end?" (Session No. 172). TT-20 received the following response,

16  "Five." (Session No. 173). TT-20 replied, "Okay. That's fine."

17          38.     At approximately 10:46 a.m., TT-20 received a text message from 360-589-0739.

18  The text message read, "Dude, there are six the ones I gathered for you." TT-20 responed,

19  "Okay, that's fine."

20          39.     At approximately 11:01 a.m., investigators observed Victor CARMONA-Tapia

21  depart 26227 43rd Avenue S, Kent, Washington driving his **green Ford Ranger (B09366R)**.[5]

22  Investigators followed the **green Ford Ranger (B09366R)** directly to the residence/apartment

23  complex for Enrique OROZCO-Rojas, located at 25905 29th Avenue S, Kent, Washington.

24  Victor CARMONA-Tapia parked the **green Ford Ranger (B09366R)** near building A and sat in

25  the vehicle. At approximately 11:20 a.m., Enrique OROZCO-Rojas arrived at the apartment

26  complex driving a **black Nissan Sentra (AKN3719)**. Victor CARMONA-Tapia then got out of

27

28
          [5]        All license plates are Washington plates unless otherwise specified.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 27

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  his **green Ford Ranger (B09366R)** as Enrique OROZCO-Rojas got out of the **black Nissan**

2  **Sentra (AKN3719)**. The trunk of the **black Nissan Sentra (AKN3719)** was then opened briefly

3  and Enrique OROZCO-Rojas removed a black bag from the trunk and tucked it under his arm.

4  Enrique OROZCO-Rojas and Victor CARMONA-Tapia then walked to building A and into

5  apartment A301. A few minutes later, Enrique OROZCO-Rojas and Victor CARMONA-Tapia

6  were observed walking down the stairs from the apartment. Victor CARMONA-Tapia was

7  observed to have a paper grocery bag with handles in his hand. Victor CARMONA-Tapia then

8  got into the **black Nissan Sentra (AKN3719)** and Enrique OROZCO-Rojas got into the bronze

9  Nissan Frontier (CA:86313B1). The **black Nissan Sentra (AKN3719)** and a bronze Nissan

10  Frontier (CA:86313B1) then departed 25905 29th Avenue S.

11      40.    At approximately 11:34 a.m., the **black Nissan Sentra (AKN3719)** arrived at

12  26227 43rd Avenue S. The **black Nissan Sentra (AKN3719)** drove into the garage. A few

13  minutes later, the **black Nissan Sentra (AKN3719)** departed 26227 43rd Avenue S.

14      41.    At approximately 11:57 a.m., the **black Nissan Sentra (AKN3719)** exited

15  Interstate 5 near the Tacoma Mall. The **black Nissan Sentra (AKN3719)** then pulled into

16  Evergreen Plaza. The **black Nissan Sentra (AKN3719)** then drove through the parking lot and

17  parked behind a **green Honda Civic (AGN7406)**. Victor CARMONA-Tapia was observed

18  standing outside of the **green Honda Civic (AGN7406)** with Esgardo Daniel MARTINEZ-

19  Pizano. The meeting was very brief and Victor CARMONA-Tapia was observed getting back

20  into the **black Nissan Sentra (AKN3719)** and Esgardo Daniel MARTINEZ-Pizano got into the

21  **green Honda Civic (AGN7406)**. Both vehicles then departed the area. Thee **green Honda**

22  **Civic (AGN7406)**, occupied by two males later identified as Esgardo Daniel MARTINEZ-

23  Pizano and Jose A. TINOCO, was followed to Aberdeen, Washington.

24      42.    Based on the surveillance observations and the above-referenced intercepted

25  conversations, investigators believe that Victor CARMONA-Tapia obtained the narcotics from

26  Enrique OROZCO-Rojas and subsequently delivered those narcotics to Esgardo Daniel

27  MARTINEZ-Pizano near the Tacoma Mall. Esgardo Daniel MARTINEZ-Pizano and Jose A.

28  TINOCO then transported the narcotics to Aberdeen, Washington.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

43.     During the later afternoon hours, a CS working with the GHDTF contacted Esgardo Daniel MARTINEZ-Pizano at 360-581-8241 and ordered five "pieces" of heroin for $1500.00.  Based on my training and experience, I know a "piece" represents approximately 25 grams, just shy of an actual ounce.  The CS met with investigators and was searched for drugs, currency, and weapons with negative results.  The CS was then provided with the buy money. The CS, kept under surveillance, then waited in the parking lot at the Walmart in Aberdeen, Washington.  Jose TINOCO was observed departing 2006 Aberdeen Avenue, Aberdeen, Washington in the **green Honda Civic (AGN7406)**.  The **green Honda Civic (AGN7406)** was then followed to the Walmart.  The CS then got into the **green Honda Civic (AGN7406)** and exited a short time later.  The CS, who was kept under surveillance, then met with detectives from the GHDTF and turned over the five ounces of heroin.

44.     At approximately 5:00 p.m., TT-13 received a text message from Mexican telephone number 52-6721202043 (Session No 4719 on TT-13).  The text message asked, "How many did Gordito take?  Was it three?"  TT-13 responded, "It was two, cousin.  Next time it would be three."  Investigators believe that Antonio ZUNIGA-Barajas and Jose Manuel PARDO-Martinez confirmed that two units of narcotics were delivered to Esgardo Daniel MARTINEZ-Pizano on January 3, 2013.  Investigators also believe that the "five pieces" of heroin sold to the CS came from two units that were delivered to Esgardo Daniel MARTINEZ-Pizano.

**C.     January 9, 2013:  Seizure of $44,995.00 US Currency**

**1.     *Summary of January 9, 2013 Seizure***

45.     On January 9, 2013, investigators observed Enrique OROZCO-Rojas and Omar VALENCIA-Barajas travel together from Enrique OROZCO-Rojas' apartment, located at 25905 29th Avenue S, Kent, Washington to a local Wells Fargo Bank and then back to 25905 29th Avenue S, where they were observed walking into apartment A301.  Approximately ten minutes later, Enrique OROZCO-Rojas and Omar VALENCIA-Barajas were observed walking from apartment building A.  Enrique OROZCO-Rojas was observed to be carrying a small suitcase, which he place into the bronze Nissan Frontier (CA:86313B1).  Omar VALENCIA-Barajas was observed to be carrying a large shopping bag, which he placed into his **black Acura TL**

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 29

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   (355WEC).  The bronze Nissan Frontier (CA:86313B1) and the **black Acura TL (355WEC)**

2   then traveled in tandem north on Interstate 5.  A traffic stop was conducted on the **black Acura**

3   **TL (355WEC)** driven by Omar VALENCIA-Barajas and $44,995.00 was seized from within the

4   vehicle.

5           **2.**     ***Detailed Account of January 9, 2013 Seizure***

6           46.      On January 9, 2013, surveillance personnel were sent to 25905 29th Avenue S, the

7   Pembrooke Apartments, (building A) in Kent, Washington, the residence of Enrique OROZCO-

8   Rojas.  At approximately 1:30 p.m., Enrique OROZCO-Rojas got in the **black Nissan Sentra**

9   **(AKN3719)** and departed the apartment complex.  Less than five minutes later, a black car, later

10  identified as a **black Acura TL (355WEC)**, pulled in the parking lot at 25905 29th Avenue S and

11  parked next to the bronze Nissan Frontier (CA:86313B1).  The driver of the **black Acura TL**

12  **(355WEC)**, later identified as Omar VALENCIA-Barajas, waited in the vehicle.  Approximately

13  four minutes later, Enrique OROZCO-Rojas arrived back at 25905 29th Avenue S in the **black**

14  **Nissan Sentra (AKN3719)**.  Enrique OROZCO-Rojas and Omar VALENCIA-Barajas got out of

15  their respective vehicles, greeted each other and then walked toward building A.

16          47.      At approximately 1:42 p.m, Enrique OROZCO-Rojas and Omar VALENCIA-

17  Barajas got into the **black Nissan Sentra (AKN3719)** and departed 25905 29th Avenue S.  The

18  **black Nissan Sentra (AKN3719)** was followed to the Wells Fargo Bank, located at 204 West

19  Meeker Street, Kent, Washington.  Enrique OROZCO-Rojas went into the bank and Omar

20  VALENCIA-Barajas waited in the **black Nissan Sentra (AKN3719)**.  Approximately five to ten

21  minutes later, Enrique OROZCO-Rojas exited the bank and got into the driver's seat of the **black**

22  **Nissan Sentra (AKN3719)**.  The **black Nissan Sentra (AKN3719)** then drove directly back to

23  25905 29th Avenue S.  Omar VALENCIA-Barajas was then observed walking to the **black**

24  **Acura TL (355WEC)** and opening the front passenger door.  It appeared Omar VALENCIA-

25  Barajas may have retrieved an item from the vehicle and then handed it to Enrique OROZCO-

26  Rojas.  Enrique OROZCO-Rojas and Omar VALENCIA-Barajas then walked into apartment

27  A301.

28          48.      At approximately 2:32 p.m., Enrique OROZCO-Rojas and Omar VALENCIA-

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 30

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   Barajas walked from building A toward the parking lot. Enrique OROZCO-Rojas was observed

2   carrying a small suitcase. Omar VALENCIA-Barajas was observed carrying a large shopping

3   bag. Omar VALENCIA-Barajas placed the large shopping bag into his **black Acura TL**

4   **(355WEC)** and Enrique OROZCO-Rojas placed the suitcase into the bronze Nissan Frontier

5   (CA:86313B1). The **black Acura TL (355WEC)** and the bronze Nissan Frontier (CA:86313B1)

6   then departed 25905 29th Avenue S and traveled in tandem to a nearby gas station. After

7   departing the gas station, the bronze Nissan Frontier (CA:86313B1) and the **black Acura TL**

8   **(355WEC)** continued to travel in tandem northbound on Interstate 5. As the **black Acura TL**

9   **(355WEC)** and the bronze Nissan Frontier (CA:86313B1) entered into the downtown Seattle

10   area on Interstate 5, the **black Acura TL (355WEC)** took the express lanes and the bronze

11   Nissan Frontier (CA:86313B1) remained on the mainline.

12         49.     At approximately 3:21 p.m., a WSP conducted a traffic stop on the **black Acura**

13   **TL (355WEC)** driven by Omar VALENCIA-Barajas. The traffic stop was conducted on

14   Interstate 5 near the exit for 145th Street in Seattle. During the stop, the Trooper also asked Omar

15   VALENCIA-Barajas for consent to search his **black Acura TL (355WEC)**, which Omar

16   VALENCIA-Barajas granted. On the floor in the rear passenger compartment, the Trooper

17   located a Hollister shopping bag containing a black shoe box which was found to contain four

18   "brick-like" packages, each wrapped in black electrical tape. Omar VALENCIA-Barajas was

19   read his *Miranda* Rights and placed in the back of the Trooper's marked patrol car.

20         50.     At approximately 4:00 p.m., Task Force Officer (TFO) Matt Bruch arrived on

21   scene with his drug detection canine "Lilly." The Trooper advised Detective Bruch that Omar

22   VALENCIA-Barajas told him there was $45,000.00 located inside of the vehicle. The Trooper

23   told Detective Bruch he found a large amount of US currency, secured with rubber bands, hidden

24   underneath the center console and that Omar VALENCIA-Barajas stated the remaining currency

25   was located inside of the four black "brick-like" packages inside of the shoe box. TFO Bruch

26   then applied his canine "Lilly" to the interior of the **black Acura TL (355WEC)**. According to

27   TFO Bruch, "Lilly" gave a positive alert to the to the shoe box inside of the Hollister bag,

28   indicating the presence of narcotics.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 31

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    51.    TFO Bruch then spoke with Omar VALENCIA-Barajas about the seized currency.

2    TFO Bruch asked Omar VALENCIA-Barajas how much money he was carrying and he stated

3    $45,000.00.  TFO Bruch asked where Omar VALENCIA-Barajas was taking the money.  Omar

4    VALENCIA-Barajas stated, among other things, he was going to rent a vehicle and drive to Los

5    Angeles, CA later that evening.  Omar VALENCIA-Barajas stated he was going to be paid

6    $5,000.00 for driving the money to Los Angeles and that the currency hidden underneath the

7    center console was his payment.  TFO Bruch asked Omar VALENCIA-Barajas what the money

8    was for, and he stated, "I think it's for drugs, but I don't know what kind."  Omar VALENCIA-

9    Barajas stated he has never driven drugs or money before and that this was going to be his first

10   trip.  The US currency was seized and Omar VALENCIA-Barajas was released at the scene.

11   52.    Based on the observations of surveillance officers and my training and experience,

12   I believe the source of the seized US currency was Enrique OROZCO-Roajs and the US currency

13   was drug proceeds.  Investigators believe Omar VALENCIA-Barajas would drive the money to

14   California to pass off to an unknown person.  Investigators believe the US currency would likely

15   have been smuggled back into Mexico.

16   53.    During the traffic stop of Omar VALENCIA-Barajas, Enrique OROZCO-Rojas

17   continued to drive north on Interstate 5 toward Everett, Washington.  Based on a tracker that was

18   initially applied to the bronze Nissan Frontier (CA:86313B1) on December 5, 2012, the bronze

19   Nissan Frontier (CA:86313B1) drove to **7725 Timber Hill Drive** and then departed the area and

20   drove to Casino Square shopping center, located at E. Casino Road and Evergreen Way in

21   Everett, Washington.

22   54.    At approximately 4:44 p.m., investigators intercepted a series of conversation

23   between an incoming call to 509-412-8464 (TT-20), used by Antonio ZUNIGA-Barajas, from

24   206-679-2285 (Session No. 296).  This call went to voice mail and no message was left.  Less

25   that a minute later, investigators intercepted an outgoing call from 509-412-8464 (TT-20), used

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | by Antonio ZUNIGA-Barajas, to 206-679-2285 (Session No. 297).[6] Antonio ZUNIGA-Barajas

2 | asked, "Where is my friend?" Roberto GODINEZ-Magana said, "We're here, together. It's just

3 | that...." Antonio ZUNIGA-Barajas said, "Um?" Roberto GODINEZ-Magana continued, "We

4 | have a problem." Antonio ZUNIGA-Barajas asked, "What?" Roberto GODINEZ-Magana said,

5 | "*Escuela* wanted to take Chola in the morning." Antonio ZUNIGA-Barajas said, "Oh yeah."

6 | Roberto GODINEZ-Magana said, "Yes. He was running an errand and the *maestros* took him."

7 | Antonio ZUNIGA-Barajas said, "All right." Roberto GODINEZ-Magana said, "We're waiting

8 | what happens and I was calling you to see how you were with the paper, in case we need to hire a

9 | *director* later on." Roberto GODINEZ-Magana asked Antonio ZUNIGA-Barajas if he would be

10 | able to help them. Roberto GODINEZ-Magana said, "They got him with the paper. We'll see

11 | what's going to happen." Antonio ZUNIGA-Barajas said, "All right, all right, all right."

12 | Roberto GODINEZ-Magana said, "We're here with the cousin right now, waiting to see what

13 | happens."

14 |      55.     Antonio ZUNIGA-Barajas said, "All right, all right, all right. Did the *recibos*

15 | belong to my friend?" Roberto GODINEZ-Magana said, "Yes. It was from there. From

16 | [U/I]....." Antonio ZUNIGA-Barajas said, "all right, all right. Oh, it was going to......" Roberto

17 | GODINEZ-Magana said, "They were working on that, getting ready to go there." Antonio

18 | ZUNIGA-Barajas said, "All right, all right." Roberto GODINEZ-Magana continued, "They got

19 | wet on the way to the house." Antonio ZUNIGA-Barajas said, "Fuck." Roberto GODINEZ-

20 | Magana said, "Yes and right now we don't really know how the show is. What we know is that

21 | they were giving him lectures already." Antonio ZUNIGA-Barajas said, "Oh, no, no, that's

22 | fucked up. Gotta be alert." Roberto GODINEZ-Magana said, "And....we're here and I called

23 | you for that, to see if....if you don't have some right now, then maybe you could get some later.

24 | To see what we could do." Antonio ZUNIGa-Barajas said, "And how's [U/I]...." Roberto

---

[6]     Spanish speaking monitors hired by DEA to assist in this investigation by
preparing written summaries and/or transcripts for each intercepted conversation, recognized that
two different people were using 206-679-2285 during this call. Monitors recognized the voices
of Enrique OROZCO-Rojas and Roberto GODINEZ-Magana, which indicated that the two were
together at Casino Square.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  GODINEZ-Magana said, "He's here. You want me to put him on?" Antonio ZUNIGA-Barajas

2  said, "Put him on."

3      56.    Enrique OROZCO-Rojas said, "What's up my friend?" Antonio ZUNIGA-

4  Barajas said, "What's up, how are you?" Enrique OROZCO-Rojas said, "Just here. Wanting to

5  work but they didn't let us." Antonio ZUNIGA-Barajas asked, "And then?" Enrique OROZCO-

6  Rojas said, "I don't know what happened. We were on our way home and I don't known what

7  happened, he got stopped [U/I]...." Antonio ZUNIGA-Barajas acknowledged. Enrique

8  OROZCO-Rojas said, "He had like four pesos and a half of the large ones." Antonio ZUNIGA-

9  Barajas said, "All right, all right." Enrique OROZCO-Rojas said, "Forty five." Antonio

10  ZUNIGA said, "That's fucked up." Enrique OROZCO-Rojas said, "And I still don't know

11  what's up and....and I don't even know why he was stopped. I think it's weird." Antonio

12  ZUNIGA-Barajas said, "You need to....[mumbles] the number, the number...to the trash."

13  Enrique OROZCO-Rojas said, "No, no. He didn't have this one."

14      57.    Based on the above intercepted conversation, investigators believe Roberto

15  GODINEZ-Magana and Enrique OROZCO-Rojas contacted Antonio ZUNIGA-Barajas to inform

16  him of the traffic stop of Omar VALENCIA-Barajas and the fact that Omar VALENCIA-Barajas

17  was traveling with approximately $45,000.00.  Roberto GODINEZ-Magana asked for Antonio

18  ZUNIGA-Barajas' help if Omar VALENCIA-Barajas was arrested and they needed to hire an

19  attorney. Enrique OROZCO Roajs told Antonio ZUNIGA-Barajas he did not know why Omar

20  VALENCIA-Barajas was stopped by the police. Antonio ZUNIGA-Barajas told Enrique

21  OROZCO-Rojas to get rid of his phone and Enrique OROZCO-Rojas assured Antonio ZUNIGA-

22  Barajas that Omar VALENCIA-Barajas did not have this phone number and therefore, law

23  enforcement would not have his number.

24  **D.    January 24, 2013: Seizure of Approx. Two Kilograms of Methamphetamine**

25          **1.    *Summary of January 24, 2013 Seizure***

26      58.    On January 24, 2013, Omar HUERTA-Garcia was stopped by an Oregon State

27  Police Trooper as he was traveling Westbound on Interstate 84 through Northern Oregon.

28  During the traffic stop, Omar HUERTA-Garcia admitted that he was transporting "something,"

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 34

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   possibly drugs or money to the Portland, Oregon area and that he was to be paid $2,000.00 for

2   doing so.  Troopers later conducted a search of the vehicle and located approximately two

3   kilograms of suspected methamphetamine concealed in paint cans.  Based on intercepted

4   conversations, Omar HUERTA-Garcia was transporting a quantity of drugs to Hector M.

5   HERNANDEZ-Hernandez in Portland, Oregon when he was stopped by the Trooper.

6           **2.**    *Detailed Account of January 24, 2013 Seizure*

7         59.    On January 24, 2013 at approximately 8:18 a.m., TT-20 sent a text message to

8   509- 438-2278 (Session No. 1390 on TT-20).  The text message read, "The house couldn't be

9   done."  At approximately 8:17 a.m., Javier LNU, using TT-20, called Omar HUERTA-Garcia at

10   509-438-2278 (Session No. 1392 on TT-20).  Javier LNU asked, "What's up?"  Omar

11   HUERTA-Garcia said, "Nothing, nothing.  I'm here fixing the little things."  Javier LNU said,

12   "Ok.  So, it's going to be in the afternoon, uh?"  Omar HUERTA-Garcia  said, "Yes.  Right now

13   at noon.  Around 11:00 or 12:00.  I think I could get on the house."  Javier LNU said, "Um uh.

14   Okay."  Omar HUERTA-Garcia  said, "Call the contractor to....."  Javier LNU said, "All right.

15   Okay, Um uh."  Omar HUERTA-Garcia  said, "He has to understand.  You saw how the weather

16   was."

17         60.    At approximately 8:18 a.m., Javier LNU, using TT-20, called Hector M.

18   HERNANDEZ-Hernandez at 971-302-8223 (Session No. 1393 on TT-20).  Hector M.

19   HERNANDEZ-Hernandez asked, "What's up Don Frank?  How are we doing?"  Javier LNU

20   said, "Hey, look, the young guy that is going to *pintar* and that, uh...he is going to stay there

21   better.  And then you do the things early tomorrow, well at whatever time you want."  Hector M.

22   HERNANDEZ-Hernandez said, "Okay. Then, tomorrow... tomorrow...what.. are you going to

23   give me the number?  Or he would call me or you would call me...or...?"  Javier LNU said,

24   "Later....later this afternoon, when he arrives there, you...you....so you can see him, so you can

25   see him this afternoon."  Hector M. HERNANDEZ-Hernandez said, "All right, we will locate

26   each other around there."  Javier LNU said, "Uh-huh.  So you can see him this afternoon, if you

27   are around there.  And I already gave him that *casa* that he is going to *pintar* and everything."

28   Hector M. HERNANDEZ-Hernandez said, "All right then Don, we'll do that."

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

61.     Based on the intercepted conversations above, investigators believe Omar HUERTA-Garcia was telling Javier LNU he was preparing/fixing the narcotics for transport but would not be leaving the Pasco/Kennewick area until 11:00 a.m. or 12:00 p.m., in order for the road conditions to improve.  Javier LNU then told Hector M. HERNANDEZ-Hernandez that his guy, Omar HUERTA-Garcia, would be arriving later in the afternoon and would spend the night and they could meet whenever Hector M. HERNANDEZ-Hernandez wanted to.

62.     On January 24, 2013 at approximately 11:34 a.m., investigators observed a gold Oldmobile Bravada (AEM1470) backed into the driveway at **2518 W. Jay Street, Pasco, Washington**.  At approximately 11:41 a.m., Omar HUERTA-Garcia  walked out of the garage, opened the rear hatch on the gold Oldsmobile Bravada (AEM1470), and walked back into the garage.  Omar HUERTA-Garcia  then walked out of the garage carrying two gallon size  paint cans, placed them into the rear cargo area, closed the rear hatch on the gold Oldsmobile Bravada (AEM1470), and walked back into the garage.  At approximately 11:44 a.m., Omar HUERTA-Garcia  walked out the front door of **2518 W. Jay Street** and got into the driver's seat of the gold Oldsmobile Bravada (AEM1470) and drove to a gas station, located at U.S. 395 and W 27th Avenue in Kennewick, Washington.  At approximately 11:49 a.m., TT-20 received a text message from 509-438-2278 (Session No. 1408 on TT-20).  The text message read, "Here, we must start the *casa*."  Based on surveillance observations, I believe that Omar HUERTA-Garcia sent a text message to Javier LNU informing Javier LNU that he was departing the Pasco/Kennewick area and was on his way to Portland, Oregon.  At approximately 12:02 p.m., Omar HUERTA-Garcia  departed the gas station and was followed from Kennewick, Washington into Oregon State.

63.     At approximately 12:45 p.m., Javier LNU, using TT-20, called Hector M. HERNANDEZ-Hernandez at 360-721-2257 (Session No. 1418 on TT-20).  Hector M. HERNANDEZ-Hernandez asked, "What's up Don Frank?"  Javier LNU said, "The guy that is going to paint is on his way, so you should see him there."  Based on this call, I believe Javier LNU was telling Hector M. HERNANDEZ-Hernandez that the driver/transporter, Omar HUERTA-Garcia , was en route to the Portland, Oregon.

1         64.     At approximately 12:54 p.m., TT-13 sent a text message to 509-438-2278

2    (Session No. 7332 on TT-13). The text message read, "6621 se 82nd ave Portland or 97266." At

3    approximately 1:29 p.m., TT-13 sent a text message to 509-438-2278 (Session No. 7342 on TT-

4    13). The text message read, "9173028223 tell him that you are calling on behalf of Frank."

5    Based on my knowledge of this investigation and the fact that TT-13 is used by Antonio

6    ZUNIGA-Barajas, investigators believe Antonio ZUNIGA-Barajas was likely telling Omar

7    HUERTA-Garcia to deliver the narcotics today to 6621 SE 82nd Avenue, Portland, Oregon and

8    to call cellular number 9173028223 on behalf of Javier LNU in order to transfer the narcotics.[7]

9         65.     The gold Oldmobile Bravada (AEM1470) traveled west on Interstate 84 toward

10   Portland, Oregon. At approximately 2:17 p.m., a marked Oregon State Police Trooper stopped

11   the gold Oldsmobile Bravada (AEM1470) for a traffic violation in the area of exit 62. Omar

12   HUERTA-Garcia provided the Trooper with his Washington State driver's license, vehicle

13   registration, and proof of insurance. Based on Omar HUERTA-Garcia's nervous behavior,

14   conflicting statements, and the Trooper's observations, the Trooper applied his drug detection

15   canine, "Quincey," around the outside of the vehicle. As "Quincey" moved around the outside of

16   the vehicle, "Quincey" gave a positive alert for the odor of narcotics in the area of the driver's

17   door and the rear hatch door. The Trooper then informed Omar HUERTA-Garcia of the positive

18   alert for the presence of the odor of narcotic emanating from the vehicle. "Quincey" was then

19   applied to the interior of the vehicle. Once inside of the vehicle, "Quincey" gave a positive alert

20   in the rear cargo area near a milk crate containing loose tools, building supplies, and paint cans.

21        66.     The Trooper then advised Omar HUERTA-Garcia of his Miranda Rights by

22   having him read the Miranda Rights in the Spanish language. The Trooper watched as Omar

23   HUERTA-Garcia used his finger to follow the sentences as he mouthed the words to himself.

24   After reading his rights, Omar HUERTA-Garcia indicated he understood his rights by nodding

25   his head in an affirmative manner and saying, "Yea."

26   

27        [7]     It should be noted that the area code in the text message was incorrect. The correct number should have been 971-302-8223, which is the telephone number Hector M.

28   HERNANDEZ-Hernandez has been intercepted using.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 37

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

67.     The Trooper asked Omar HUERTA-Garcia if the items he was transporting were hidden in the spare tire or some of the equipment in the rear cargo area. Omar HUERTA-Garcia told the Trooper it was not in the spare tire. The Trooper asked Omar HUERTA-Garcia to show him what "they" had asked him to transport. Omar HUERTA-Garcia then pointed out the paint cans and admitted the packages were inside of the paint cans but claimed not to know what exactly was concealed inside. Omar HUERTA-Garcia admitted he was going to be paid $2,000.00 for the trip and was supposed to meet "Frank" in Portland and the address was on his cell phone. Omar HUERTA-Garcia told the Troopers that "Antonio Rivias" (or something similar) lived in Pasco, Washington and was the person who was paying him the $2,000.00 to transport the items in the paint cans.

68.     A Trooper retrieved the two paint cans from the gold Oldsmobile Bravada (AEM1470), opened them, and determined there were three separate packages in each can. The top package in each can was visible and had been covered in white paint. The bottom two packages were completely submerged in paint. The paint was wiped from the packages and it appeared each package contained crystal methamphetamine (ice).

69.     Omar HUERTA-Garcia was placed under arrest and transported to the Oregon State Police station in The Dalles, Oregon, along with the suspected methamphetamine. A field test was conducted on the suspected methamphetamine and yielded a presumptive positive for the presence of methamphetamine. The methamphetamine weighed approximately two kilograms. The methamphetamine was relinquished to the custody of the DEA and sent for analysis.

70.     As the day progressed, Javier LNU called Hector M. HERNANDEZ-Hernandez multiple times to find out if Omar HUERTA-Garcia arrived. Javier LNU also attempted to contact Omar HUERTA-Garcia multiple times throughout the late afternoon hours with no success. Javier LNU also asked Enrique OROZCO-Rojas to go by [Omar HUERTA-Garcia 's residence] and see how things were because "the guy" was not answering the phone. After stopping by the house, Enrique OROZCO-Rojas told Javier LNU, "If something is there, you need to take it out fast with my godfather, if he could help you out and take it to the shop, if he

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 38

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    takes the risk." Based on this call, investigators believe Enrique OROZCO-Rojas was telling

2    Javier LNU that if he had anything [drugs] at the house, that he should remove it right away.

3    **D.      February 13, 2013: Seizure of Approximately 23 Kilograms of Heroin**

4                **1.      *Summary of February 13, 2013 Seizure***

5            71.      Investigators observed Esgardo Daniel MARTINEZ-Pizano drive a **green Honda**

6    **Civic (AGN7406)** from his residence at 2204 Morgan Street to a local Starbucks where a

7    California plated PT Cruiser began to follow him out of the parking lot and down the street.

8    Based on intercepted conversations, investigators suspected the PT Cruiser was transporting 23

9    kilograms of heroin. A traffic stop was conducted on the PT Cruiser and the driver was

10   identified as Roberto ANTUNEZ-Montes. During the traffic stop, Esgardo Daniel MARTINEZ-

11   Pizano watched the activity from afar and reported what was happening to Jose Manuel PARDO-

12   Martinez, who in turn reported it to Antonio ZUNIGA-Barajas. During a subsequent search of

13   the PT Cruiser, investigators located 23 kilograms of suspected heroin.

14               **2.      *Detailed Account of February 13, 2013 Seizure***

15           72.      On February 13, 2013 during the morning hours, investigators conducted

16   surveillance at **2204 Morgan Street, Aberdeen, Washington**, the residence of Esgardo Daniel

17   MARTINEZ-Pizano. A silver Pontiac G6 with Washington license AHT9354 has parked at the

18   residence. According to Washington Department of Licensing, the silver Pontiac G6 is

19   registered to Zenaida S. Martinez at 511 W. 1st Place, #2, Aberdeen, Washington. During

20   surveillance at **2204 Morgan Street**, investigators observed the silver Pontiac G6 travel between

21   **2204 Morgan Street** and 1405 W. Market Street on several occasions.

22           73.      At approximately 9:33 a.m, 9:41 a.m. and 11:51 a.m., Antonio ZUNIGA-Barajas,

23   using TT-27, attempted to called Esgardo Daniel MARTINEZ-Pizano at 360-590-1338 (Session

24   Nos. 647 and 651). The conversations went to voice mail and no message was left. At

25   approximately 11:53 a.m., Antonio ZUNIGA-Barajas, using TT-13, called Mexican phone

26   number 52-16671292477 and spoke with Jose Manuel PARDO-Martinez (Session No. 8847 on

27   TT-13). Antonio ZUNIGA-Barajas complained to Jose Manuel PARDO-Martinez that Esgardo

28   Daniel MARTINEZ-Pizano was not answering his phone. Antonio ZUNIGA-Barajas said, "That

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 39

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  son of a bitch is not answering. I have called him for hours and he didn't answer." Jose Manuel

2  PARDO-Martinez said, "The thing is that number....let me see that. I'll fix that right now."

3        74.    At approximately 12:04 p.m., Antonio ZUNIGA-Barajas, using TT-27, received a

4  call from Esgardo Daniel MARTINEZ-Pizano, using 360-590-1338 (Session No. 653 on TT-27).

5  Antonio ZUNIGA-Barajas asked, "Why aren't you answering that apparatus?" Esgardo Daniel

6  MARTINEZ-Pizano claimed he could not find the phone. Antonio ZUNIGA-Barajas continued,

7  ".....find a place dude, where you can...where you can do mechanic and that." Antonio ZUNIGA-

8  Barajas asked, "....do you have place around there?" Esgardo Daniel MARTINEZ-Pizano said,

9  "Yes, yes. I have one here." Antonio ZUNIGA-Barajas said, "Like garage, something like a

10  garage." Esgardo Daniel MARTINEZ-Pizano said, "Uh-huh, yes yes, yes. A garage." Antonio

11  ZUNIGA-Barajas said, "Right on. So that you can get the *mueble* inside there." Esgardo Daniel

12  MARTINEZ-Pizano acknowledged. Antonio ZUNIGA-Barajas said, "Um, huh. So...look,

13  when, when....when the young guy arrives....the one from...from the *compania*, you take him to

14  rest around there. Rent a room for him, and you leave him there resting." Esgardo Daniel

15  MARTINEZ-Pizano acknowledged. Antonio ZUNIGA-Barajas said, "Uh-huh. And then you

16  leave the *burro* around there with you." Antonio ZUNIGA-Barajas told Esgardo Daniel

17  MARTINEZ-Pizano, "Get ready and I will call you later."

18        75.    At approximately 2:02 p.m., TT-13 received a text message from Mexican

19  telephone number 52-6721202043 (Session No 8858 on TT-13). The text message read, "Dude,

20  let me know once 'Gordito' receives the 'people' because 'Gordito' is lazy and doesn't let me

21  know." TT-13 then sent the following reply, "Ok. There are twenty-three *muchachos*, dude"

22  (Session No. 8860 on TT-13). Based on this exchange of text messages between TT-13 and

23  Mexican phone number 52-6721202043, investigators believe Jose Manuel PARDO-Martinez

24  asked Antonio ZUNIGA-Barajas to let him know after Esgardo Daniel MARTINEZ-Pizano

25  received the heroin ["people"]. Antonio ZUNIGA-Barajas then told Jose Manuel PARDO-

26  Martinez that Esgardo Daniel MARTINEZ-Pizano would receive twenty-three kilograms of

27  heroin ["muchachos"].

28        76.    At approximately 2:07 p.m., Antonio ZUNIGA-Barajas, using TT-13, received a

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   call from Jose Manuel PARDO-Martinez, using Mexican phone number 52-6721202043

2   (Session No. 8861 on TT-13). Jose Manuel PARDO-Martinez was concerned about the large

3   shipment of heroin. However, Antonio ZUNIGA-Barajas told Jose Manuel PARDO-Martinez

4   that someone would arrive to pick up 10 [kilograms of the heroin]. Jose Manuel PARDO-

5   Martinez said, "Oh, then...then you are going to...you are going to leave thirteen there?" Antonio

6   ZUNIGA-Barajas stated yes. Jose Manuel PARDO-Martinez said he would give three

7   [kilograms of heroin] to his cousin, PICHON, identified as Wilibaldo HERNANDEZ-Pardo, and

8   that would leave 10 [kilogram of heroin] for Esgardo Daniel MARTINEZ-Pizano.

9       77.     At approximately 2:40 p.m., TT-27 sent a text message to 360-590-1338 (Session

10  No. 656 on TT-27). The text message read, "8187922685. Tell him that you're Gordo." Based

11  on this text message, investigators believe Antonio ZUNIGA-Barajas sent the phone number of

12  the load car driver to Esgardo Daniel MARTINEZ-Pizano in order for Esgardo Daniel

13  MARTINEZ-Pizano to contact him [load car driver] directly to arrange a meeting place.

14      78.     At approximately 3:04 p.m., Antonio ZUNIGA-Barajas, using TT-27, received a

15  call from Esgardo Daniel MARTINEZ-Pizano, using 360-590-1338 (Session No. 663 on TT-27).

16  Esgardo Daniel MARTINEZ-Pizano told Antonio ZUNIGA-Barajas that "the guy" [the driver]

17  seemed to be lost and that he was around Tacoma or somewhere in the area. Several other

18  conversations and text messages were exchanged between Esgardo Daniel MARTINEZ-Pizano

19  and Antonio ZUNIGA-Barajas discussing the lost driver.

20      79.     At approximately 4:04 p.m., Antonio ZUNIGA-Barajas, using TT-27, received a

21  call from Esgardo Daniel MARTINEZ-Pizano, using 360-590-1338 (Session No. 674 on TT-27).

22  Esgardo Daniel MARTINEZ-Pizano said, "We are, we are waiting for him, well that dude."

23  Antonio ZUNIGA-Barajas said, "All right. Did he find his way?" Esgardo Daniel MARTINEZ-

24  Pizano said, "Yes, yes. I already told him how." Antonio ZUNIGA-Barajas said, "All right, let

25  me know." Based on this call and my training and experience, I believed Esgardo Daniel

26  MARTINEZ-Pizano told Antonio ZUNIGA-Barajas he had given instructions to the driver and

27  that the driver was now on his way to Aberdeen, Washington.

28      80.     At approximately 4:27 p.m., the silver Pontiac G6 returned to **2204 Morgan**

1   **Street.** A male, wearing a black leather jacket and gray jeans, and a female, wearing a red jacket,

2   got out of the silver Pontiac G6 and walked into the residence. The male was observed carrying

3   a white grocery bag. A few minutes later, the male and female walked out of **2204 Morgan**

4   **Street** and got into the silver Pontiac G6. The silver Pontiac G6 remained in front of the

5   residence. At approximately 4:38 p.m., the **green Honda Civic (AGN7406)** arrived at **2204**

6   **Morgan Street.** Esgardo Daniel MARTINEZ-Pizano got out of the driver's seat and a heavy set

7   female got out of the passenger side of the vehicle. The male and female from the silver Pontiac

8   G6 also got out of the vehicle and all four subjects walked into **2204 Morgan Street.**

9       81.     At approximately 5:09 p.m., Esgardo Daniel MARTINEZ-Pizano and the male

10  from the silver Pontiac G6, walked out of **2204 Morgan Street** and got into the **green Honda**

11  **Civic (AGN7406)** and departed the area followed by surveillance. At approximately the same

12  time, a purple PT Cruiser with California license plate 6MAY222 was observed sitting in the

13  parking lot of a local Starbucks. The driver, later identified as Roberto ANTUNEZ-Montes

14  during a traffic stop, was observed talking on a cellular phone. Surveillance followed the **green**

15  **Honda Civic (AGN7406)** was followed directly to the Starbucks, the same location as the purple

16  PT Cruiser.

17      82.     At approximately 5:21 p.m., the **green Honda Civic (AGN7406)** pulled into the

18  parking lot of the Starbucks and drove around to the back of the building. The purple PT Cruiser

19  then also drove around the back of the building. Surveillance followed the **green Honda Civic**

20  **(AGN7406)** and the purple PT Cruiser leaving the Starbucks and traveling in tandem through

21  Aberdeen.

22      83.     At approximately 5:29 p.m., a traffic stop was conducted on the purple PT Cruiser

23  in the area of E. Wishkah and S. Broadway in Aberdeen. The driver of the purple PT Cruiser

24  provided the officer with his California driver's license that identified him as Roberto

25  ANTUNEZ-Montes. The **green Honda Civic (AGN7406)** continued on its way and arrived

26  back at **2204 Morgan Street** at approximately 5:36 p.m. Esgardo Daniel MARTINEZ-Pizano

27  and the male, originally from the silver Pontiac G6, got out of the **green Honda Civic**

28  **(AGN7406)** and got into the silver Pontiac G6 and drove away from the residence and drove

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  back to the scene of the traffic stop to observe the activity. Based on intercepted conversations,

2  Esgardo Daniel MARTINEZ-Pizano reported what was happening during the traffic stop to Jose

3  Manuel PARDO-Martinez, who then reported what was happening to Antonio ZUNIGA-Barajas.

4        84.    For example, at approximately 5:59 p.m., Antonio ZUNIGA-Barajas, using TT-

5  13, received a call from Jose Manuel PARDO-Martinez, using Mexican phone number 52-

6  6721202043 (Session No. 8883 on TT-13). Antonio ZUNIGA-Barajas asked, "What's up,

7  man?" Jose Manuel PARDO-Martinez said, "Here, man. Listen, man, they still have him pulled

8  over. Gordito says he's far. He says they had already gone by him, the guy. They had already

9  gone by to get the guy, but he was being followed. He said a fucking cop turned his lights on.

10  They are watching right now and say the police still have him." Antonio ZUNIGA-Barajas

11  asked, "All right. But only one?" Jose Manuel PARDO-Martinez said, "He said only one but

12  that another one just arrived." Antonio ZUNIGA-Barajas acknowledged. Jose Manuel PARDO-

13  Martinez said, "That changes things, with another one on the scene, things just got complicated."

14  Antonio ZUNIGA-Barajas said, "All right. We will just have to wait and see. Have them watch,

15  see what happens." Jose Manuel PARDO-Martinez said, "Yes, like I said, they are watching

16  from far. My brother was around there too and now he pulled up to Gordo to see what....because

17  he called him, Gordo called my brother and my brother went. Gordo panicked and he turned his

18  phone off, the fucker." Antonio ZUNIGA-Barajas said, "Yeah. Why turn it off? Well, [U/I]

19  better if he turns it off." Jose Manuel PARDO-Martinez said, "Yes, but....son of a fucking bitch.

20  The thing is that the guy had probably been parked there for a while, I think, man, fuck. The

21  fucking problem is that when you drive into that little town with California plates or out of state

22  plates, it's a problem." Jose Manuel PARDO-Martinez then confirmed with Antonio ZUNIGA-

23  Barajas that the guy [driver] had a driver's license. Antonio ZUNIGA-Barajas confirmed the

24  driver had a license and that "we never bring someone up without that." Antonio ZUNIGA-

25  Barajas then told Jose Manuel PARDO-Martinez to have them keep watching [the traffic stop].

26  Antonio ZUNIGA-Barajas assured Jose Manuel PARDO-Martinez that everything would be fine.

27        85.    Based on the intercepted conversations and a positive alert by a drug detection

28  canine, investigators seized the purple PT Cruiser. Roberto ANTUNEZ-Montes was released at

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 43

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    the scene and the purple PT Cruiser was transported to a secure location for further inspection.

2    During a search of the vehicle, investigators located an access panel in the rear cargo area of the

3    vehicle that enabled investigators to access the gas tank. Inside of the gas tank, investigators

4    located and removed 23 kilograms of suspected heroin. Each package of heroin was covered in

5    mustard and red pepper, which in my experience is one method used by drug traffickers in an

6    attempt to masked the smell of the heroin from drug detection canines.

7                    **PROBABLE CAUSE TO SEARCH SPECIFIC LOCATIONS**

8    **A.    The Woodford House (757 Woodford Avenue N, Kent, Washington) and
            2003 black Cadillac Escalade with Washington license plate AJS5640**
9

10          86.    As stated above, there is probable cause to believe that Braulio ZUNIGA-

11   Cervantes maintains the **Woodford House** as a stash location for narcotics and assists in the

12   distribution of narcotics for Antonio ZUNIGA-Barajas. In particular, as described herein, there

13   is probable cause to believe that on December 4, 2012, Braulio ZUNIGA-Cervantes provided

14   387 gross grams of methamphetamine to Alberto BERNAL that was later seized by law

15   enforcement. Prior to the seizure, Braulio ZUNIGA-Cervantes met with Alberto BERNAL at the

16   **Woodford House** to complete the transfer of the methamphetamine to Alberto BERNAL.

17          87.    On November 8, 2012, Braulio ZUNIGA-Cervantes was identified as the user of

18   206-255-4938, based on coordinated surveillance and a ruse call. On December 3, 2012,

19   investigators intercepted a series of text messages between 360-241-2303 and TT13, used by

20   Antonio ZUNIGA-Barajas, in which the user of 360-241-2303 wanted to pick up narcotics from

21   Antonio ZUNIGA-Barajas (Session Nos. 708-711 and 713). Antonio ZUNIGA-Barajas sent a

22   message stating, "call the number 206-255-4938." The following morning, Braulio

23   ZUNIGA-Cervantes met with Alberto BERNAL at the **Woodford House** to complete the

24   transfer of the methamphetamine to Alberto BERNAL, which was seized a short time later. Toll

25   records for 206-255-4938 indicated Braulio ZUNIGA-Cervantes discontinued use of this cellular

26   phone after the traffic stop. Braulio ZUNIGA-Cervantes has since been intercepted using 253-

27   324-2026 and 253-329-9449. According to records provided by Sprint, 253-324-2026 is

28   subscribed to Sandra GUTIERREZ, the wife/girlfriend of Braulio ZUNIGA-Cervantes, and 253-

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 │ 329-9449 is subscribed to Braulio ZUNIGA.

2 │     88.    As stated above, in March of 2012, Braulio ZUNIGA-Cervantes, his

3 │ wife/girlfriend, Sandra GUTIERREZ-Adame, and their children were observed moving into the

4 │ residence at the **Woodford House**. Braulio ZUNIGA-Cervantes has a Washington State

5 │ Identification Card with an address of the **Woodford House**. Sandra GUTIERREZ-Adame has a

6 │ Washington State driver's license with an address of the **Woodford House**. Surveillance

7 │ personnel have repeatedly observed Braulio ZUNIGA-Cervantes and Sandra GUTIERREZ-

8 │ Adame at this residence and believe they reside there.

9 │     89.    Surveillance personnel have observed Braulio ZUNIGA-Cervantes and Sanrda

10 │ GUTIERREZ-Adame repeatedly driving a **2003 black Cadillac Escalade with Washington**

11 │ **license AJS5640** (which is registered to Sandra GUTIERREZ-Adame at the **Woodford House**).

12 │ A remote surveillance camera had been installed at the **Woodford House**, with a view of the

13 │ front of the residence, driveway, and street, prior to Braulio ZUNIGA-Cervantes and Sandra

14 │ GUTIERREZ-Adame moving into the residence. Investigators have observed the **black**

15 │ **Cadillac Escalade** (**AJS5640**) parked at the residence on a near daily and nightly basis. Braulio

16 │ ZUNIGA-Cervantes has been observed going to work on a daily basis, maintaining the lawn, and

17 │ frequently washing the **black Cadillac Escalade** (**AJS5640**). In fact, the surveillance camera

18 │ showed Braulio ZUNIGA-Cervantes washing the **black Cadillac Escalade** (**AJS5640**) on March

19 │ 3, 2013, with his children playing nearby.

20 │     90.    Based on the foregoing, I respectfully submit there is probable cause to believe

21 │ that Antonio ZUNIGA-Barajas and Braulio ZUNIGA-Cervantes are conspiring to, and are

22 │ actively engaged in, trafficking in controlled substances. Based on the above intercepted

23 │ conversations and my training and experience, I also respectfully submit that evidence of those

24 │ offenses, as described in Attachment B, can be found at the **Woodford House** and inside the

25 │ **black Cadillac Escalade** (**AJS5640**).

26 │

27 │

28 │

**B.      Victor CARMONA-Tapia's Residence (12102 4th Ave W #2-102, Everett, WA 98204) and His Vehicles (1994 Green Ford Ranger with Washington License Plate B09366R, 2002 Red Ford Explorer with Washington License Plate AED1551, and 2005 Black Nissan Sentra with Washington License Plate AKN3719)**

91.      Based on the investigation to date, investigators believe Victor CARMONA-Tapia is a heroin distributor for Antonio ZUNIGA-Barajas.  Based on intercepted conversations, Victor CARMONA-Tapia appears to take directions/orders from Enrique OROZCO-Rojas, who in turn takes directions/orders from Antonio ZUNIGA-Barajas.  Victor CARMONA-Tapia was intercepted on TT-6 using 253-653-1927.  Toll records indicated Victor CARMONA-Tapia discontinued use of 253-653-1927 on or about November 29, 2012.  In late December of 2012, based on intercepted conversations, toll analysis, and voice comparison, investigators identified Victor CARMONA-Tapia as the user of cellular phone 425-280-2037.

92.      Victor CARMONA-Tapia has a Washington State driver's license with an address of 12102 4th Avenue W, Apt. 6-202, Everett, Washington and investigators believe he previously resided there with his wife/girlfriend, Nora HUERTA Garcia.  Based on physical and electronic surveillance, investigators believe Victor CARMONA-Tapia and Nora HUERTA Garcia moved to 12102 4th Avenue W, Apt. 6-202, around the middle of January 2013.  This move would coincide with seizures by law enforcement on January 9, 2013.  Investigators believe Victor CARMONA-Tapia also previously resided at 26227 43rd Avenue S, Kent, Washington.

93.      On February 21, 2013 during the afternoon hours, an investigator drove to the 12102 4th Ave W, Apt. 6-202, Everett WA.  The investigator observed Victor CARMONA-Tapia's **green Ford Ranger (B09366R)** packed up and it appeared to the investigators the residents were moving out of Apt. 6-202.  Several other investigators arrived to assist with surveillance.  Investigators observed the residents utilizing several vehicles to move their belongings out of Apt. 6-202.  Investigators did not observe Victor CARMONA-Tapia at this time.  The investigators did not recognize any of the persons moving items out of Apt. 6-202 into the vehicles.  The investigators observed that the residents were  moving into another building in the same apartment complex.

94.      On February 26, 2013, an investigator again drove to the apartment complex at

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   12102 4th Ave W, Everett WA in an attempt to locate Victor CARMONA-Tapia. The

2   investigator observed the **black Nissan Sentra (AKN3719)** parked in front of building #8 and

3   Victor CARMONA-Tapia at the trunk of the vehicle. The investigator then turned around in an

4   attempt to watch which building Victor CARMONA-Tapia would enter. By the time the

5   investigator turned around, Victor CARMONA-Tapia was no longer at the trunk of the **black**

6   **Nissan Sentra (AKN3719)** and the investigator was unable to identify which building he

7   entered.

8         95.      On March 5, 2013, investigators again drove to the apartment complex at 12102

9   4th Ave W, Everett WA. Investigators observed the **green Ford Ranger (B09366R)**, the **red**

10  **Ford Explorer (AED1551)**, and the **black Nissan Sentra (AKN3719)** parked in the parking lot

11  of the apartment complex but each were parked in different areas of the lot, in front of different

12  buildings. An investigator then approached Apt. 6-202 and observed that the apartment was

13  empty and it appeared no one was living there. Investigators then decided to approach

14  management and inquire about Victor CARMONA-Tapia. Management ran Victor

15  CARMONA-Tapia's name and Management located **apartment #2-102** for Nora GARCIA and

16  Maria TAPIA. On the lease agreement for Nora GARCIA and Maria TAPIA, was Maria

17  TAPIA's previous address of 26227 43rd Ave S, Kent, Washington. The investigators

18  recognized the address as the previous address for Victor CARMONA-Tapia. Investigators

19  believe Nora GARCIA is the wife/girlfriend of Victor CARMONA-Tapia. Investigators were

20  then told that Victor CARMONA-Tapia previously filled out a rental application, which was

21  dated January 23, 2013, but was denied because he had provided a false social security number.

22  On that rental application, Victor CARMONA-Tapia had listed his previous address at 26227

23  43rd Ave S, Kent, WA and identified his vehicle as a black Nissan Sentra. Although

24  Management does not have Victor CARMONA-Tapia listed on the lease agreement for

25  **apartment #2-102**, they believe he is likely residing there. On March 5, 2013, investigators did

26  a ruse "knock and talk" at **apartment #2-102**. At first, the investigator spoke with a young

27  female at the door and then an irate Victor CARMONA-Tapia came to the door and briefly spoke

28  to the investigator.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

96.        Surveillance personnel have observed Victor CARMONA-Tapia driving a **1994 green Ford Ranger with Washington license B09366R** (which is registered to Victor CARMONA-Tapia at 12102 4th Avenue W, Apt. #6-202, Everett, Washington) and a **2002 red Ford Explorer with Washington license AED1551** (which is registered to Nora HUERTA Garcia at 12102 4th Avenue W, Apt. #6-202, Everett, Washington) . Investigators have observed the **green Ford Ranger (B09366R)** and **red Ford Explorer (AED1551)**, and the **black Nissan Sentra (AKN3719)** parked in the parking lot for the apartment complex at **12102 4th Avenue W.** Investigators have also observed Victor CARMONA-Tapia driving the **black Nissan Sentra (AKN3719)**, specifically on January 3, 2013, as detailed below, and on January 15, 2013. Based on a review of tracking data for the **black Nissan Sentra (AKN3719)**, obtained pursuant to a Tracking Warrant authorized on January 9, 2013, the **black Nissan Sentra (AKN3719)** was relocated to **12102 4th Avenue W, Everett, Washington** since January 14, 2013. Based on a review of tracking data for the **green Ford Ranger (B09366R)**, obtained pursuant to a Tracking Warrant authorized on January 4, 2013, the **green Ford Ranger (B09366R)** was relocated to **12102 4th Avenue W, Everett, Washington** since January 15, 2013.

97.        Based on the foregoing, I respectfully submit there is probable cause to believe that Victor CARMONA-Tapia, and others, are conspiring to, and are actively engaged in, trafficking in controlled substances.  I also respectfully submit that there is probable cause to believe that evidence of those offenses, as described in Attachment B, can be found at **12102 4th Ave W #2-102, Everett, WA 98204, Everett, Washington**, the residence of Victor CARMONA-Tapia, and in his vehicles, the **1994 green Ford Ranger with Washington license plate B09366R**, the **2002 red Ford Explorer with Washington license plate AED1551**, and the **2005 black Nissan Sentra with Washington license plate AKN3719**.

**C.        Roberto GODINEZ-Magana's Residence (7725 Timber Hill Drive, Apt. #C, Everett, Washington)**

98.        Based on the investigation, Roberto GODINEZ-Magana is responsible for the distribution of heroin, and possibly cocaine and methamphetamine, in western Washington. Based on intercepted conversations, Roberto GODINEZ-Magana speaks directly with Antonio

1  ZUNIGA-Barajas, and as stated above, Roberto GODINEZ-Magana previously told CS1 that he

2  was "responsible" for the Mount Vernon area, which has been interpreted to mean Roberto

3  GODINEZ-Magana is responsible for the distribution of drugs in the Mount Vernon area of

4  Washington State for Antonio ZUNIGA-Barajas.  In addition, following the January 9, 2013

5  seizure of $49,995 from a vehicle driven by Omar VALENCIA-Barajas, Roberto

6  GODINEZ-Magana was intercepted discussing the seizure with Antonio ZUNIGA-Barajas.

7       99.     Roberto GODINEZ-Magana was identified as the user of 206-538-7666 (TT-12)

8  based on intercepted conversations, physical surveillance in conjunction with location data

9  received pursuant to the Tracking Warrant for TT-12, and the fact that subscriber records

10  provided by Sprint show the cellular phone is subscribed to Roberto GODINES at **7725 Timber**

11  **Hill Drive, Apt. #C, Everett, Washington** ("**7725 Timber Hill Drive, Apt. #C**").  Roberto

12  GODINEZ-Magana has been intercepted engaging in drug related conversations with multiple

13  co-conspirators.

14       100.    Roberto GODINEZ-Magana has a Washington State driver's license with an

15  address of **7725 Timber Hill Drive, Apt. #C**.  Surveillance personnel have repeatedly observed

16  Roberto GODINEZ-Magana at this residence and believe he resides there.  During an intercepted

17  conversation, Roberto GODINEZ-Magana told a customer service representative from Penny

18  Talk that his home address was "**7725 Timber Hill Drive, Apt. #C, Everett, Washington**"

19  (Session No. 9304).  According to records provided by Snohomish County Public Utility District,

20  the customer of record for electrical service at **7725 Timber Hill Drive, Apt. #C**, is Omar

21  VALENCIA-Barajas.  On March 3, 2013 at approximately 1:06 p.m., a male walked from around

22  the corner of the apartment building, were apartment C is, and left the location in a white Subaru,

23  which appeared to match the description of Roberto GODINEZ-Magana's 1995 white Subaru

24  Legacy with Washington license 355VQQ (which is registered to Roberto GODINEZ-Magana at

25  **7725 Timber Hill Drive, Apt. #C, Everett, Washington**).  However, the camera was very

26  pixilated, and investigators could not confirm that it was the same car.  On March 7, 2013,

27  Roberto GODINEZ-Magana's white Subaru Legacy Subaru arrived at **7725 Timber Hill Drive,**

28  **Apt. #C** at approximately 4:53 p.m., and parked in its normal spot in the car port.  Examples of

1   Roberto GODINEZ-Magana involvement in the narcotics conspiracy are as follows:

2       **1.    *November 2011: Roberto GODINEZ-Magana observed with***
3              ***Antonio ZUNIGA-Barajas in rented Dodge Ram truck***

4       101.    On the morning of November 5, 2011, surveillance identified a white Dodge Ram

5   truck registered to EAN Holdings LLC, a rental car company in Washington State, parked at an

6   Orange Cove, California, address.  Based in part on conversations between Antonio

7   ZUNIGA-Barajas and a confidential source, investigators believed that the Dodge Ram truck was

8   carrying a load of suspected narcotics from California to Washington State.  A subpoena issued

9   to EAN Holdings LLC identified the leasee of the Dodge Ram truck as Lamberto Barajas, **7725**

10  **Timber Hill Drive, Apt. C, Everett, Washington**, (425) 350-2108 and (206) 604-6048.  (425)

11  350-2108 showed it was subscribed to Lamberto VALENCIA-Barajas at **7725 Timber Hill Dr,**

12  **Apt. #C, Everett, Washington**.  (206) 604-6048 was subscribed to Roberto Godinez-Magana at

13  **7725 Timber Hill Dr., #C, Everett, Washington**.

14      102.    On November 7, 2011, surveillance observed Antonio ZUNIGA-Barajas and

15  another Hispanic male, believed to be Roberto GODINEZ-Magana, in and around the Dodge

16  Ram truck at a Motel 8 in Corning, California.

17      103.    On November 8, 2011, surveillance followed the Dodge Ram truck north on

18  Interstate 5 to the Tacoma Mall in Tacoma, Washington, where it parked next to a gold Dodge

19  Durango.  The driver of the Dodge Ram truck was Roberto GODINEZ-Magana.  When the

20  Dodge Ram truck parked, two Hispanic males got out of the truck and walked towards a mall

21  entrance.  One of the males matched the description of Antonio ZUNIGA-Barajas and the other

22  Hispanic male was believed to be Enrique OROZCO-Rojas.  An unknown Hispanic male (UM2)

23  walking from the direction of the mall entrance paused briefly and appeared to greet the two

24  Hispanic males (Antonio ZUNIGA-Barajas and Enrique OROZCO-Rojas) that got out of the

25  Dodge Ram truck.  UM2 then spoke briefly to Roberto GODINEZ-Magana, who had remained in

26  the Dodge Ram truck, before getting into the gold Dodge Durango and driving out of the parking

27  lot.

28      104.    Surveillance then followed the Dodge Ram truck to Everett, Washington, where

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 50

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 surveillance eventually observed Roberto GODINEZ-Magana as the driver and Antonio

2 ZUNIGA-Barajas and Enrique OROZCO-Rojas as passengers in the Dodge Ram truck pick up

3 Ricardo RUMBO-Mojica at his apartment complex, 1926 West Casino Road, Everett,

4 Washington (Casino Road Apartment). Antonio ZUNIGA-Barajas, Roberto GODINEZ-Magana,

5 Enrique OROZCO-Rojas and Ricardo RUMBO-Mojica then traveled to Pasco in Eastern

6 Washington in the Dodge Ram truck.

7      105.    On November 9, 2011, surveillance followed the Dodge Ram truck as it returned

8 from Eastern Washington and dropped Ricardo RUMBO-Mojica off at his Casino Road

9 Apartment. Ultimately, Antonio ZUNIGA-Barajas, Roberto GODINEZ-Magana and Enrique

10 OROZCO-Rojas returned the Dodge Ram truck to the rental car company where Omar

11 VALENCIA-Barajas picked them up. A K-9 was applied to the Dodge Ram truck shortly after it

12 was returned to the rental car company. The K-9 gave a positive response, indicating the

13 presence of a narcotics odor, in the passenger side door and the back seat area of the Dodge Ram

14 truck.

            **2.**       *December 27, 2012: Intercepted Call in Which Antonio*
15                       *ZUNIGA-Barajas asked Roberto GODINEZ-Magana If He Had*
16                       *Someone Willing to Go Down [Possibly California]; Antonio*
                      *ZUNIGA-Barajas Offered Vehicle with a Hidden Compartment*
17

18      106.    On December 27, 2012 at approximately 2:14 p.m., Roberto GODINEZ-Magana,

19 using TT-12, received an incoming call from Antonio ZUNIGA-Barajas, using TT20 (Session

20 No. 9327 TT-20). After the two greeted, Antonio ZUNIGA-Barajas asked, "Don't you have

21 someone that will be willing to go down?" Roberto GODINEZ-Magana replied, "Hum, maybe I

22 do but...." Antonio ZUNIGA-Barajas interrupted. Roberto GODINEZ-Magana asked, "What is

23 it about?" Antonio ZUNIGA-Barajas replied, "What I'm going to tell you is this. I have a car

24 that I have...that I just got it." Roberto GODINEZ-Magana acknowledged. Antonio

25 ZUNIGA-Barajas said, "It's got it's own 'backpack' and everything, right?" Roberto

26 GODINEZ-Magana acknowledged. Antonio ZUNIGA-Barajas said, "But I want to put it to the

27 name of the person that is going to go down. So he can go...make a round, two, three, as many as

28 he can take." Roberto GODINEZ-Magnana acknowledged. Antonio ZUNIGA-Barajas said,

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 51

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  "Uh-huh. And then it goes as follows. To start with, I want to start that way."

2      107.    Roberto GODINEZ-Magana said, "Oh, alright! [clears throat] Look, how much is

3  that going to hurt?" Antonio ZUNIGA-Barajas replied, "Well, there aren't, there aren't, there

4  aren't many uh....not that many pencils and books the backpack is going to carry in it. They are

5  just a few. They are...but...." Roberto GODINEZ-Magana said, "Uh-huh." Antonio

6  ZUNIGA-Barajas continued, [stutters] "...they are five. Five pesos there, right away." Roberto

7  GODINEZ-Magana asked, "but going over there and come back or just...." Antonio

8  ZUNIGA-Barajas said, [stutters] "It is about going and for there over here to bring the baby

9  with....with the backpack." Roberto GODINEZ-Magana said, "Oh, alright! Alright! So then

10  from here to over there....." Antonio ZUNIGA-Barajas said, "Uh-huh." Roberto

11  GODINEZ-Magana continued, "...from here to over there it goes empty?" Antonio

12  ZUNIGa-Barajas replied, "Yes, yes, yes, yes. Not from here to over there, no there isn't."

13      108.    Roberto GODINEZ-Magana said, "Oh, alright. And when...." Antonio

14  ZUNIGA-Barajas interrupts. Roberto GODINEZ-Magana continued, "...and when; when do you

15  want to do that?" Antonio ZUNIGA-Barajas replied, "Well, I wanted to do it now dude, the

16  truth. If I could, today or tomorrow. I would even bring you the papers so you can put the name

17  to it." Roberto GODINEZ-Magana asked, "....but where is that car at?" Antonio

18  ZUNIGA-Barajas replied, "I have it right here, here at the house. Right now is covered in snow,

19  the son of a bitch." Roberto GODINEZ-Magana asked if it was for all roads or just the clean

20  ones. Antonio ZUNIGA-Barajas replied, "No, it for all roads, dude. No, just messing with you,

21  dude. It is for the clean ones."

22      109.    Antonio ZUNIGA-Barajas told Roberto GODINEZ-Magana to "look for someone

23  for me, dude." Roberto GODINEZ-Magana said, "Let me, let me see. And uh, and I'll tell you."

24  Antonio ZUNIGA-Barajas siad, "Uh-huh. Or if you want to, then you come to see the 'donkey'

25  so you see that [stutters] if has a good adjustment made to it, you better believe it." Roberto

26  GODINEZ-Magana said, "The thing is dude, that...well, I would, how can I tell you? Maybe I

27  could but the thing is that [sniffles] uh...let me see and I'll tell you."

28      110.    Antonio ZUNIGA-Barajas said, "Uh-huh. What happens it that, that...the person

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   that does 'that' is going to stay...if he wants to stay communicating, is going to stay

2   communicating with my dad." Roberto GODINEZ-Magana acknowledged. Antonio

3   ZUNIGA-Barajas said, "Uh-huh. Not with me anymore, but with him. Right?" Roberto

4   GODINEZ-Magana acknowledged. Antonio ZUNIGA-Barajas said, "Yeah, they are going to

5   deal with him about that." Roberto GODINEZ-Magana acknowledged. Antonio

6   ZUNIGA-Barajas said, "Yeah, because that....that is going to be his thing." Roberto

7   GODINEZ-Magana replied, "Oh, alright, alright, alright." Roberto GODINEZ-Magana asked,

8   ".....Uh...is it for...to bring the same 'animals' that you would bring over here?" Antonio

9   ZUNIGA-Barajas said, "Yeah, uh-huh." Roberto GODINEZ-Magana said, "Okay. Well, let me,

10  like I'm telling you, let me see and I'll tell you."

11          111.    Based on the above intercepted conversation and my training and experience and

12  the training and experience of other officers, I believed Antonio ZUNIGA-Barajas contacted

13  Roberto GODINEZ-Magana to ask Roberto GODINEZ-Magana to find out if he was, or knew

14  someone else who was, willing to travel to California and pick up an undetermined amount of

15  narcotics and transport the narcotics back to Washington State for distribution. I believe when

16  Antonio ZUNIGA-ZUNIGA told Roberto GODINEZ-Magana that he had a car to used for the

17  trip and that he had just recently acquired the car, I believe Antonio ZUNIGA-Barajas was

18  referring to the silver Ford Fusion. When Antonio ZUNIGA-Barajas told Roberto

19  GODINEZ-Magana the vehicle had a 'backpack,' I believe Antonio ZUNIGA-Barajas was telling

20  Roberto GODINEZ-Magana that the silver Ford Fusion had a hidden compartment in which the

21  narcotics could be transported. When Antonio ZUNIGA-Barajas said "but I want to put it to the

22  name of the person that is going to go down," I believe Antonio ZUNIGA-Barajas was telling

23  Roberto GODINEZ-Magana that he wanted the vehicle (silver Ford Fusion) to be registered in

24  the name of the driver that would be making the trip(s). When Antonio ZUNIGA-Barajas told

25  Roberto GODINEZ-Magana that the person/driver that does 'that' is going to stay

26  communicating with my dad, I believe Antonio ZUNIGA-Barajas was telling Roberto

27  GODINEZ-Magana the driver/transporter would communicate with/get direction from Antonio

28  ZUNIGA-Barajas' father, Javier LNU.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 53

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3.   *January 7, 2013: Roberto GODINEZ-Magana Obtained Two Pounds of Methamphetamine from an Unknown Source of Supply; Roberto GODINEZ-Magana Still in Need of Heroin*

112.   On January 7, 2013 at approximately 5:05 p.m., Antonio ZUNIGA-Barajas, using TT-20, called Roberto GODINEZ-Magana at 206-538-7666 (Session No. 261 on TT-20).  After the two greeted, Antonio ZUNIGA-Barajas asked, "What have you been doing?  Did you go to work already or what?"  Roberto GODINEZ-Magana replied, "Hmm, well, there, with the 'cold,' I was able to get something around there but, of the other '*muchachillos*,' I have not been able to get any.  Did you receive any?"  Antonio ZUNIGA-Barajas said, "No, not of those.  The 'cold,' yes, already.  I'm ready."  Roberto GODINEZ-Magana said, [clears throat] "Yes, I got some the day before yesterday."  Antonio ZUNIGA-Barajas asked, "Did you get one, or what?"  Roberto GODINEZ-Magana replied, "Two '*muchachos*' I got."  Antonio ZUNIGA-Barajas asked, "You'll be free soon?"  Roberto GODINEZ-Magana replied, "Yes, it's done already, now [clears throat] they are there, waiting....I am waiting for them to pay me so that I can pay the guys."  Antonio ZUNIGA-Barajas said, "Cool, cool.  No, I'll be ready, in case you want."  Roberto GODINEZ-Magana asked, [clears throat] "You got some of the same...at the same price?"  Antonio ZUNIGA-Barajas replied, "Well, it depends.  If everything moves quicker, I can fix the number a bit better."  Roberto GODINEZ-Magana said, "Okay.  Well, in about a week....It's a week that they are .... [unidentified voices in the background]."  Antonio ZUNIGA-Barajas asked Roberto GODINEZ-Magana to repeat himself.  Roberto GODINEZ-Magana said, "About...it's about a week.  If you give them to me now, then in about eight days, six days I'm ready."  Antonio ZUNIGA-Barajas said, "Cool.  No problem.  I leave them with you and once you have the receipt you just give me a call."  Roberto GODINEZ-Magana then asked Antonio ZUNIGA-Barajas "how much are those dudes charging for the hour" then clarified "the whole day."  Antonio ZUNIGA-Barajas then asked, "Uh...how much do I charge for each girl" then clarified "whole girl from down there?"  Antonio ZUNIGA-Barajas continued to dance around the subject of the price.

113.   Roberto GODINEZ-Magana said, "Listen...the thing is so that I can also make a little off of....This guy that's, that's working...he's not too into that, but it was moving.  He, uhm,

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 54

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    he left it at nine for me." Roberto GODINEZ-Magana again asked Antonio ZUNIGA-Barajas for

2    his price. Again, Antonio ZUNIGA-Barajas danced around the subject of the price and asked

3    Roberto GODINEZ-Magana "are you going to want me to take it over there or would you come

4    over here?" Roberto GODINEZ-Magana replied, "Well, it depends. If....depending on how

5    things are placed." The two go back and forth and finally Antonio ZUNIGA-Barajas said, "Okay,

6    I will go over there and nine and half then." Roberto GODINEZ-Magana replied, "Okay, then let

7    me....as soon as I'm free....as soon as this is done, then I will call you." Antonio

8    ZUNIGA-Barajas said, "Alright, no more said then." Roberto GODINEZ-Magana said, "And in

9    the event that you receive any of those *muchachos*, of those, as soon as they arrive or you get any,

10   tell me because I'm needing some." Antonio ZUNIGA-Barajas replied, "Okay."

11       114.    Based on the conversation above, and my training and experience, I believe

12   Antonio ZUNIGA-Barajas was asking Roberto GODINEZ-Magana if he was ready to

13   obtain/distribute narcotics [go to work]. Roberto GODINEZ-Magana told Antonio

14   ZUNIGA-Barajas that he had received/obtained methamphetamine [cold] the previous day from

15   another source of supply but had been unable to obtain heroin [*muchachos*]. Antonio

16   ZUNIGA-Barajas also confirmed he had methamphetamine [cold] available but did not have any

17   other type of narcotics available [i.e. *muchachos*, i.e., heroin]. Roberto GODINEZ-Magana told

18   Antonio ZUNIGA-Barajas that he had received "two" [believed to refer to two pounds of

19   methamphetamine] and was charged $9,000.00 per pound but it was of a lower quality. Antonio

20   ZUNIGA-Barajas and Roberto GODINEZ-Magana then discussed the price that Antonio

21   ZUNIGA-Barajas would charge Roberto GODINEZ-Magana for methamphetamine. Antonio

22   ZUNIGA-Barajas offered Roberto GODINEZ-Magana a pound of methamphetamine for

23   $9,500.00 if Antonio ZUNIGA-Barajas had to send it to Roberto GODINEZ-Magana in Western

24   Washington. Roberto GODINEZ-Magana then asked Antonio ZUNIGA-Barajas to let Roberto

25   GODINEZ-Magana know when Antonio ZUNIGA-Barajas had heroin available.

26       115.    Based on the foregoing, I respectfully submit there is probable cause to believe

27   that Roberto GODINEZ-Magana, Antonio ZUNIGA-Barajas and others are conspiring to, and

28   actively engaged in, trafficking in controlled substances. I also respectfully submit that there is

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 55

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   probable cause to believe that evidence of those offenses, as described in Attachment B, can be

2   found at **7725 Timber Hill Drive, Apt. #C, Everett, Washington**.

3   **D.     Omar VALENCIA-Barajas Residence (7725 Timber Hill Drive, Apt. #B, Everett,**
        **Washington), and His 2002 Black Acura TL with Washington License Plate**
4       **355WEC**

5           116.    Omar VALENCIA-Barajas facilitates the transportation of drugs and/or money for

6   the organization.  Omar VALENCIA-Barajas rented at least one vehicle used by the organization

7   to possibly transport drugs from the Vancouver, Washington area, to the greater Seattle area.  As

8   described in more detail elsewhere in this affidavit, on January 9, 2013, investigators seized

9   $44,995.00 US currency from Omar VALENCIA-Barajas.  Omar VALENCIA-Barajas told

10  investigators he was transporting the money to Los Angeles, California and that is was probably

11  drug proceeds.

12          117.    Omar VALENCIA-Barajas has been identified as the user of 206-334-7241 and

13  425-971-4208.  Subscriber records provided by Sprint showed 206-334-7241 was subscribed to

14  Omar VALENCIA at **7725 Timber Hill Drive, Apt. #C, Everett, Washington**.  In December

15  2011, a subpoena was issued EAN Holdings, LLC for leasee information regarding a vehicle

16  being driven by Omar VALENCIA-Barajas.  According to records provided by EAN Holdings,

17  LLC, Omar VALENCIA-Barajas rented the vehicle and provided a phone number of

18  206-334-7241.  Omar VALENCIA-Barajas has been intercepted on TT-6 and TT-12 using

19  206-334-7241.  The last intercepted call/text message with 206-334-7241 was on November 21,

20  2012.  On December 2, 2012, investigators intercepted Omar VALENCIA-Barajas using

21  425-971-4208.  Subscriber records provided by Sprint showed 425-971-4208 was subscribed to

22  Omar VALENCIA at 7725 Timber Hill Drive, Everett, Washington (no apartment designated)

23  and was activated on November 24, 2012.  Omar VALENCIA-Barajas has been intercepted on

24  TT-12, TT-13, and TT-16 using telephone number 425-971-4208.

25          118.    Omar VALENCIA-Barajas has a Washington State driver's license with an

26  address of 12326 19th Avenue SE, Everett, Washington.  Investigators believe Omar

27  VALENCIA-Barajas moved from the 19th Avenue SE address to **7725 Timber Hill Drive, Apt.**

28  **#B, Everett, Washington** late summer/early fall of 2012.  According to records provided by

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Snohomish County Public Utility District, the customer of record for electrical service at **7725**

2    **Timber Hill Drive, Apt. #B**, is Omar VALENCIA-Barajas. The account was established in

3    August 2012. During an intercepted conversation, Lamberto VALENCIA-Barajas, Omar

4    VALENCIA-Barajas' brother, spoke with a customer surveillance representative from Dish

5    Network attempting to arrange cable service for **apartment B**. Lamberto VALENCIA-Barajas

6    provided the representative with Omar VALENCIA-Barajas' credit card number and phone

7    number.

8        119.    Surveillance personnel have observed Omar VALENCIA-Barajas repeatedly

9    driving a **2002 black Acura TL with Washington license 355WEC** (which is registered to

10    Omar VALENCIA at **7725 Timber Hill Drive, Apt. #B**, Everett, Washington). In October

11    2012, a remote surveillance camera was installed at **7725 Timber Hill Drive**, with a view of the

12    door for **apartment B**, and a partial view of the parking area on the north side of the residence.

13    Surveillance personnel have observed the **black Acura TL (355WEC)** parked at the residence

14    on a regular basis. For example, on the morning of March 6, 2013, Omar VALENCIA-Barajas

15    walked out of **7725 Timber Hill Drive, Apt. #B**, toward his **black Acura TL (355WEC)** which

16    then drove away from the area, presumable with Omar VALENCIA-Barajas at the wheel, but the

17    video was obscured.

18        120.    Based on the foregoing, I respectfully submit there is probable cause to believe

19    that Omar VALENCIA-Barajas and others are conspiring to, and actively engaged in, trafficking

20    in controlled substances. I also respectfully submit that there is probable cause to believe that

21    evidence of those offenses, as described in Attachment B, can be found at **7725 Timber Hill**

22    **Drive, Apt. #B, Everett, Washington**, the residence of Omar VALENCIA-Barajas, and in his

23    vehicle, the **black Acura TL (355WEC)**.

24    **E.    Jose CUEVAS-Mendoza's Residence (17901 157th Place SE, Monroe, Washington),**

25        **and 2012 Black Chevy Impala with Washington License AKV5293**

26        121.    Investigators believe that Jose CUEVAS-Mendoza is a distributor of heroin and

27    methamphetamine operating in the Monroe, Washington area. Based on CS information and

28    intercepted phone conversations, investigators believed Jose CUEVAS-Mendoza works for/with

1  Pedro BARRAGAN-Valdovinos, who acquires the heroin from Antonio ZUNIGA-Barajas.

2  Based on intercepted phone conversations, Jose CUEVAS-Mendoza and Pedro BARRAGAN-

3  Valdovinos owe a large amount of money to Antonio ZUNIGA-Barajas for previously supplied

4  drugs.  More recently, Jose CUEVAS-Mendoza sold approximately one pound of

5  methamphetamine to an undercover officer.

6      122.    On October 24, 2012, surveillance agents observed Antonio ZUNIGA-Barajas

7  visit briefly with unknown individuals in the driveway at **17901 157th Place SE, Monroe,**

8  **Washington** ("**17901 157th Place SE**").  On October 29, 2012, a remote surveillance camera

9  was installed at **17901 157th Place SE**, with a view of the front of the residence and the

10 driveway.  On multiple occasions, investigators have observed Jose CUEVAS-Mendoza coming

11 and going from the residence.  According to Snohomish County Public Utility District, the

12 customer of record for electrical service as **17901 157th Place SE** is Erica Cuevas Ceballos.

13 Surveillance has placed Jose CUEVAS-Mendoza at **17901 157th Place SE** as recently as the

14 evening of March 7, 2013.

15     123.    On January 2, 2013, Pedro BARRAGAN-Valdovinos sent a text message to

16 Javier LNU that contained a phone number of 425-244-2643 (Session No. 360 on TT-21).  In a

17 follow-up text message, Javier LNU asked Pedro BARRAGAN-Valdovinos for the name of his

18 friend (Session No. 386 on TT-21).  Pedro BARRAGAN-Valdovinos responded, "His name is

19 Jose, but they call him PELON" (Session No. 387 on TT-21).  Since that time, Jose CUEVAS-

20 Mendoza has been identified as the user of 425-244-2643, through coordinated surveillance and

21 tracking data for the telephone number obtained pursuant to a tracking warrant.

22     124.    On February 16, 2013, Antonio ZUNIGA-Barajas asked Jose CUEVAS-Mendoza

23 to wire him money [one peso] in order to start paying down his drug debt.  Antonio

24 ZUNIGA-Barajas instructed Jose CUEVAS-Mendoza to wire the money to Enrique OROZCO

25 Rojas, Pasco, Washington.  Jose CUEVAS-Mendoza then sent a text message to Antonio

26 ZUNIGA-Barajas with the money transfer code, the sender's name as Erica Cuevas, with an

27 amount of $642.00 (Session No. 9297 on TT-13).  When asked what address [Jose CUEVAS-

28 Mendoza] put on the money transfer, Jose CUEVAS-Mendoza sent the following text, "**17901**

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**157th Pl SE, Monroe WA 98272**" (Session No. 9300 on TT-13).

125.    Recently, investigators have observed Jose CUEVAS-Mendoza driving a **2012 black Chevy Impala with Washington license AKV5293** (which is registered to EAN Holdings LLC at 1119 SW 7th Street, Renton, Washington).  In fact, Jose CUEVAS-Mendoza was driving the **black Chevy Impala (AKV5293)** when he sold approximately one pound of methamphetamine to the undercover officer.

126.    In particular, on February 20, 2013, a Seattle Police Department Detective, acting in an undercover capacity ("UC"), met with Jose CUEVAS-Mendoza in Lynnwood, Washington. During that meeting, the UC negotiated with Jose CUEVAS-Mendoza for the future purchase of a large amount of crystal methamphetamine.  During that meeting, Jose CUEVAS-Mendoza told the UC he would call either later that evening or the following day because, according to Jose CUEVAS-Mendoza, he had a shipment [of narcotics] in route or was set to obtain several pounds of illegal drugs at that time.  During the negotiations, Jose CUEVAS-Mendoza offered to sell the UC a pound of crystal methamphetamine for $7,000 if the UC traveled to Monroe, Washington.

127.    On Saturday February 23, 2013, the UC received a text from 425-244-2643, which is used by Jose CUEVAS-Mendoza.  The text message asked for a call back.  The UC responded on Monday, February 25, 2013 that he/she would call back later.  On Tuesday, February 26, 2013, the UC received another text message from 425-244-2643.  The text message indicated "good news."  Later that afternoon, the UC placed a recorded phone call to Jose CUEVAS-Mendoza at 425-244-2643, which was witnessed by two other investigators.  During the conversation, Jose CUEVAS-Mendoza told the UC that "everything's good" and the two agreed they would meet Friday (March 1, 2013).  Jose CUEVAS-Mendoza told the UC that it would be better to "do it close" this time and the UC confirmed that Jose CUEVAS-Mendoza meant in Monroe, Washington.  The UC then confirmed the price with Jose CUEVAS-Mendoza that they had previously agreed upon and Jose CUEVAS-Mendoza indicated that on Friday he had to start work early and would be done around 2:00 p.m.

128.    On the morning of Friday, March 1, 2013, the UC sent a text message to 425-244-2643 indicating that he/she was on his/her way up to see Jose CUEVAS-Mendoza.

1   Later that afternoon, 425-244-2643 responded, "Okey."  Soon thereafter, Jose

2   CUEVAS-Mendoza, using 425-244-2643, called the UC.  The UC told Jose CUEVAS-Mendoza

3   that he/she was making sure everything was good and that he/she was on the road to pick up

4   some "documents" (money).

5           129.    At approximately 11:30 a.m., investigators began monitoring the court-authorized

6   GPS data for 425-244-2643 and observed that Jose CUEVAS-Mendoza's phone was located at

7   various points in and around Bellevue, Washington and Sammamish, Washington for most of the

8   morning and early afternoon.  At approximately 1:30 p.m., investigators observed that GPS data

9   for 425-244-2643 began to travel towards Monroe, Washington.  At approximately 2:03 p.m.,

10  investigators observed Jose CUEVAS-Mendoza arrive at the residence, located at **17901 157th**

11  **Place SE**, driving a **black Chevy Impala (AKV5293)**.  At around that same time, the garage of

12  the residence opened halfway and after several minutes, Jose CUEVAS-Mendoza got out of the

13  driver's seat of the **black Chevy Impala (AKV5293)** and entered the residence through the

14  partially opened garage door.  GPS data for 425-244-2643 also indicated the cellular phone was

15  located in the vicinity of **17901 157th Place SE**.

16          130.    At approximately 2:20 p.m, the UC received a phone call from Jose

17  CUEVAS-Mendoza, using 425-244-2643.  During that call, Jose CUEVAS-Mendoza asked

18  "how many" and asked the UC where he/she was at.  The UC responded that he/she wanted "one"

19  and that he/she was at a store in the area of Monroe, Washington.  Jose CUEVAS-Mendoza then

20  indicated that he would be there in a minute.

21          131.    At approximately 2:34 p.m., investigators observed an unidentified female arrive

22  at the residence in a dark covered SUV.  This female ran into the residence, where she remained

23  for a very short time.  The female also appeared to carry a small item into the residence.

24  Investigators then observed this same female exit the residence, get back in the black SUV, and

25  drive away.  A passenger was also observed in the black SUV at this time.

26          132.    At approximately 2:41 p.m., investigators observed Jose CUEVAS-Mendoza walk

27  out of the residence from the garage carrying a bag.  Jose CUEVAS-Mendoza placed the bag into

28  the **black Chevy Impala (AKV5293)** and drove away from the residence.  Investigators then

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 60

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    followed Jose CUEVAS-Mendoza to the Fred Meyer parking lot in Monroe, Washington.  Jose

2    CUEVAS-Mendoza then drove from the Fred Meyer parking lot and drove to the nearby Lowe's

3    Home Improvement store where the UC was waiting.

4         133.    At approximately 2:53 p.m., investigators observed the **black Chevy Impala**

5    **(AKV5293)** pull into the Lowe's parking lot and pull toward the front of the store.  As the **black**

6    **Chevy Impala (AKV5293)** was driving in front of the Lowe's store, an investigator observed

7    that Jose CUEVAS-Mendoza appeared to make eye contact with the UC as the UC was walking

8    from inside the store back to his/her vehicle which was parked on the westside of the lot.

9    Investigators observed the **black Chevy Impala (AKV5293)** parked two stalls away from the

10   UC's vehicle.  Investigators then observed Jose CUEVAS-Mendoza get out of the **black Chevy**

11   **Impala (AKV5293)** and meet with the UC.  A few seconds later, Jose CUEVAS-Mendoza

12   reached into the **black Chevy Impala (AKV5293)**, pulled out a bag, and then handed that bag to

13   the UC.  The UC then placed the bag into the UC vehicle and removed an item (money) from the

14   UC vehicle and handed it to Jose CUEVAS-Mendoza.  According to the Spanish speaking

15   investigator that was monitoring the transmitting/recording device, the UC told Jose

16   CUEVAS-Mendoza that he could count the money if he wanted, but Jose CUEVAS-Mendoza

17   told the UC that he trusted the UC.

18        134.    After the narcotics transaction, investigators observed Jose CUEVAS-Mendoza

19   get back into **the black Chevy Impala (AKV5293)** and depart the area.  Jose

20   CUEVAS-Mendoza was then followed back to his residence at **17901 157th Place SE.**

21        135.    The UC later relinquished custody of the purchased narcotics (suspected one

22   pound of crystal methamphetamine) to other investigators.  The suspected one pound of crystal

23   methamphetamine was inside of a tupperware-type container, concealed inside of a cereal box

24   and plastic grocery bag.

25        136.    The UC stated Jose CUEVAS-Mendoza told him/her  that it would be "better if

26   you can get more" and that he (Jose CUEVAS-Mendoza) recently had 18 "kilos" and was now

27   almost out.  According to the UC, Jose CUEVAS-Mendoza also stated that there was more "on

28   its way."

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 61

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

137.     Based on the foregoing, I respectfully submit there is probable cause to believe that Jose CUEVAS-Mendoza and others are conspiring to, and actively engaged in, trafficking in controlled substances.  I also respectfully submit that there is probable cause to believe that evidence of those offenses, as described in Attachment B, can be found at **17901 157th Place SE**, and in the **black Chevy Impala (AKV5293)**.

F.     **Esgardo Daniel MARTINEZ-Pizano's Residence (2204 Morgan Street, Aberdeen, Washington) and his 1996 Green Honda Civic with Washington License Plate AGN7406**

138.     Based on intercepted conversations, Esgardo Daniel MARTINEZ-Pizano is a heroin and methamphetamine distributor operating in the Aberdeen, Washington area.  Esgardo Daniel MARTINEZ-Pizano acquires the heroin and methamphetamine from Antonio ZUNIGA-Barajas.  On February 13, 2013, Esgardo Daniel MARTINEZ-Pizano was observed leaving his residence at **2204 Morgan Street**, getting in a **green Honda Civic (AGN7406)** (which is registered to Elizabeth B. PIZANO at 2006 Aberdeen Avenue, Aberdeen, Washington) and driving to a nearby Starbucks to meet with the driver of a purple PT Cruiser that was later found to be transporting 23 kilograms of heroin to Aberdeen, Washington.

139.     Esgardo Daniel MARTINEZ-Pizano has been identified using multiple cellular phones during this investigation, including 360-581-8241.  A confidential source provided telephone number 360-581-8241 as a contact number for "Daniel," and subsequently identified the Washington State driver's license of picture Esgardo Daniel MARTINEZ-Pizano as "Daniel." A Spanish speaking male referred to as "Gordo" has been intercepted on TT-13 using 360-581-8241.  Investigators have since determined that "Gordo" and "Daniel" are the same person and that person is Esgardo Daniel MARTINEZ Pizano.  Esgardo Daniel MARTINEZ-Pizano was also identified as the user of 360-589-0739, 360-580-4369, and 360-590-1338 based on voice comparison, and the reference to the user being "Gordo."

140.     Esgardo Daniel MARTINEZ-Pizano has a Washington State driver's license with an address of 2006 Aberdeen Avenue, Aberdeen, Washington.  In January 2013, Esgardo Daniel MARTINEZ-Pizano moved from 2006 Aberdeen Ave to **2204 Morgan Street**, Aberdeen, Washington.  Esgardo Daniel MARTINEZ-Pizano has been observed at **2204 Morgan Street** as

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 62

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  recently as February 13, 2013.  According to the local Public Utility District, the customer of

2  record for electrical service at **2204 Morgan Street** is Esgardo D. MARTINEZ Pizano.

3          141.    As described herein, surveillance has observed Esgardo Daniel MARTINEZ-

4  Pizano driving the **green Honda Civic (AGN7406)** on numerous occasions.  For example, on

5  January 3, 2013, Esgardo Daniel MARTINEZ-Pizano drove the **green Honda Civic (AGN7406)**

6  to Tacoma to pick up "two" [likely two kilograms of heroin] from Victor CARMONA-Tapia.

7  On February 13, 2013, Esgardo Daniel MARTINEZ-Pizano was observed driving **the green**

8  **Honda Civic (AGN7406)** to meet with the driver of a purple PT Cruiser that was later found to

9  be transporting 23 kilograms of heroin to Aberdeen, Washington.

10          142.    Based on the foregoing, I respectfully submit there is probable cause to believe

11  that Esgardo Daniel MARTINEZ-Pizano, Antonio ZUNIGA-Barajas and others are conspiring

12  to, and are actively engaged in, trafficking in controlled substances.  I also respectfully submit

13  that there is probable cause to believe that evidence of those offenses, as described in Attachment

14  B, can be found at **2204 Morgan Street** and in the **green Honda Civic (AGN7406)**.

15  **G.     Hector M. HERNANDEZ-Hernandez 's Residence (6621 Idaho Street, Vancouver,**

16  **        Washington) and His 2003 White Hyundai Elentra with Washington License Plate**
   **        AKW1498**

17          143.    Based on intercepted conversations, surveillance, and a seizure of two kilograms

18  methamphetamine on January 24, 2013, investigators have identified Hector M. HERNANDEZ-

19  Hernandez as a methamphetamine distributor operating in the Vancouver, Washington area.

20  Hector M. HERNANDEZ-Hernandez acquires the methamphetamine from Javier LNU in

21  Eastern Washington.

22          144.    Hector M. HERNANDEZ-Hernandez was identified as the user of 360-721-2257

23  and 971-302-8223 based on intercepted conversations in conjunction with physical surveillance,

24  as well as subscriber records for each cellular phone.  According to records provided by Sprint,

25  both cellular phones are subscribed to Hector HERNANDEZ in Vancouver, Washington,

26  although each phone has a different address listed.  Hector M. HERNANDEZ-Hernandez has

27  been intercepted using both cellular phones speaking with Javier LNU to arrange the purchase of

28  narcotics.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 63

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1       145.   Hector M. HERNANDEZ-Hernandez has a Washington State driver's license with

2  an address of **6621 Idaho Street, Vancouver, Washington,** and investigators believe he resides

3  at this address.  As described below, investigators followed Hector M. HERNANDEZ-

4  Hernandez to this address after he met with Javier LNU on January 23, 2013 in Kennewick,

5  Washington.

6       146.   Investigators have observed Hector M. HERNANDEZ-Hernandez driving a **2003**

7  **white Hyundai Elentra with Washington license AKW1498** (which is registered to Fidel

8  Hernandez Hernandez at **6621 Idaho Street, Vancouver, Washington**).  On January 23, 2013,

9  investigators observed Hector M. HERNANDEZ-Hernandez driving the white **Hyundai Elentra**

10  **(AKW1498)** to meet with Javier LNU in order to discuss future drug purchases, although on this

11  date, it only had a temporary tag.[8]

12       147.   In particular, on January 22, 2013, at approximately 3:43 p.m., TT-20, session

13  1122, investigators intercepted phone conversations between Javier LNU, who spoke to a then

14  unknown male using 360-721-2257, who was later identified as Hector M.

15  HERNANDEZ-Hernandez.  Hector M. HERNANDEZ-Hernandez told Javier LNU that he would

16  call back on a different phone.  At approximately 5:45 p.m., TT-20, session 1137, Hector M.

17  HERNANDEZ-Hernandez called back using 971-302-8223, and at this time identified himself as

18  "Manuel."  Javier LNU identified himself as "Frank."  During conversations that investigators

19  intercepted previously on TT-21, Javier LNU set up the use of these presumed code or nicknames

20  with another unknown male that identified himself as "Borolas" and as being the uncle of

21  "Manuel" (later identified as Hector M. HERNANDEZ-Hernandez).  Investigators believe that

22  Javier LNU and "Borolas" created these code names so that Hector M.

23  HERNANDEZ-Hernandez and Javier LNU would know "Borolas" had arranged for them to talk

24  about Hector M. HERNANDEZ-Hernandez going to work for Javier LNU.

25       148.   Later on January 22, 2013, during the call, TT-20, session 1137, after identifying

26

27

---

28     [8]     On January 29, 2013, the white Hyundai Elentra was registered in the name of Fidel Hernandez Hernandez at **6621 Idaho Street, Vancouver, Washington**, and was assigned Washington license plate AKW1498.

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 64

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  and acknowledging each other as "Manuel" and "Frank," Hector M. HERNANDEZ-Hernandez

2  told Javier LNU that he had already told his uncle that it was no good talking on the phone and

3  that it was better to talk face-to-face.  Javier LNU agreed and Hector M.

4  HERNANDEZ-Hernandez said that he would call Javier LNU the following day between 10 a.m.

5  and noon in order to arrange for them to meet in person before 1 p.m. that day.  I believe, based

6  on my training, experience and knowledge of the investigation, that the two men wanted to meet

7  in person to speak about drug trafficking, rather than speak on the phone, so as to avoid possible

8  detection by law enforcement in case their phones were being intercepted.

9       149.    On January 23, 2013 agents conducted surveillance beginning at Javier LNU's

10  residence in Kennewick, Washington.  Investigators followed Javier LNU and Enrique

11  OROZCO-Rojas as they drove in a Red Cadillac Escalade to a Walmart Supercenter in

12  Kennewick.  Meanwhile, investigators intercepted TT-20, session 1243, during the call Hector

13  M. HERNANDEZ-Hernandez told Javier LNU that he was in the store but was getting ready to

14  walk out.  Moments later, surveillance saw a Hispanic male and a Hispanic female walk out of

15  the Wal-Mart.  At approximately 12:09 p.m. investigators intercepted TT-20, session 1245, in

16  which Javier LNU told Hector M. HERNANDEZ-Hernandez that he was in a Red Escalade.

17  Hector M. HERNANDEZ-Hernandez, who could be seen on the phone, told Javier LNU that he

18  saw him and then Hector M. HERNANDEZ-Hernandez approached the Red Escalade and got

19  into the rear passenger's side.

20       150.    At approximately 12:33 p.m. a surveillance officer saw Hector M.

21  HERNANDEZ-Hernandez get out of the Red Escalade and get into a **white Hyundai Elantra**

22  **(AKW1498)**.  Also in the **white Hyundai Elantra (AKW1498)** was a Hispanic female, later

23  identified as Monica CARRANZA Torres.  The **white Hyundai Elantra (AKW1498)** pulled out

24  of the parking lot and surveillance eventually followed the **white Hyundai Elantra (AKW1498)**

25  from Kennewick, Washington to **6621 Idaho Street, Vancouver, Washington**, the residence of

26  Hector M. HERNANDEZ-Hernandez and Monica CARRANZA Torres.

27       151.    On January 23, 2013, at approximately 8:00 p.m. TT-20, session 1331, Javier

28  LNU and Hector M. HERNANDEZ-Hernandez spoke again.  During this call, Hector M.

1  HERNANDEZ-Hernandez advised Javier LNU about a device that could be used to extract paint.

2  This and the rest of the conversation appeared to be coded talk about concealing drugs,

3  apparently in paint. In another call, TT-20, sessions 1332, Hector M. HERNANDEZ-Hernandez

4  directed Javier LNU to get four-gallon size paint cans from Home Depot. They openly discussed

5  putting sealed bags of something, which they referred to as "paint," inside the paint cans and

6  having the paint cans delivered to a location in Portland. Based upon the coded nature of the

7  conversation, and the fact that it made little sense, investigators believed that the two were

8  discussing concealing sealed drugs inside of paint cans.

9         152.    Investigators believe the meeting between Javier LNU, Enrique OROZCO-Rojas

10  and Hector M. HERNANDEZ-Hernandez on January 23, 2013 led to the attempted delivery of

11  approximately two kilograms of suspected methamphetamine on January 24, 2013. This

12  methamphetamine was seized from a vehicle driven by Omar HUERTA-Garcia.

13         153.    Based on the foregoing, I respectfully submit there is probable cause to believe

14  that Hector M. HERNANDEZ-Hernandez and others are conspiring to, and actively engaged in,

15  trafficking in controlled substances. I also respectfully submit that there is probable cause to

16  believe that evidence of those offenses, as described in Attachment B, can be found at **6621**

17  **Idaho Street, Vancouver, Washington** and in the **white Hyundai Elantra (AKW1498)**.

18  **H.      Residence of Alberto BERNAL (10808 NE 84ᵗʰ Street, Vancouver, Washington)**

19         154.    As discussed above, Alberto BERNAL was the driver of a vehicle on December 4,

20  2012, from which investigators seized approximately 387 grams of methamphetamine. Alberto

21  Rodriguez BERNAL has a Washington State driver's license with an address of 3311 Falk Road,

22  Vancouver, Washington. However, investigators believe Alberto BERNAL resides at **10808 NE**

23  **84ᵗʰ Street, Vancouver, Washington**. On February 19, 2013, a court authorized GPS tracking

24  warrant was obtained for 503-449-3206. I have reviewed the GPS tracking data for the cellular

25  phone since the authorization was granted, particularly during the overnight hours, and observed

26  that the cellular phone is frequently located in the vicinity of **10808 NE 84ᵗʰ Street, Vancouver,**

27  **Washington**. On February 21, 2013, investigators conducted surveillance on Alberto BERNAL.

28  Just before 6 p.m., Alberto BERNAL departed his job site in Portland, Oregon and drove directly

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 66

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    to **10808 NE 84th Street, Vancouver, Washington**.[9]

2    155.    Alberto BERNAL has been identified using multiple cellular phones during this

3 investigation. On February 21, 2013, Alberto BERNAL was identified as the user of 503-449-

4 3206 based on GPS data in conjunction with surveillance and a ruse call. Based on voice

5 comparison and call content, I believe that Alberto BERNAL was also the user of 503-701-116

6 and 360-241-2303, which were intercepted coordinating the supply of methamphetamine by

7 Braulio ZUNIGA-Cervantes to Alberto BERNAL on December 4, 2012, that was subsequently

8 seized by law enforcement.

9    156.    Based on the foregoing, I respectfully submit there is probable cause to believe

10 that Alberto BERNAL and others are conspiring to, and are actively engaged in, trafficking in

11 controlled substances. I also respectfully submit that there is probable cause to believe that

12 evidence of those offenses, as described in Attachment B, can be found at **10808 NE 84th Street,**

13 **Vancouver, Washington**.

14 **I.    Residence of Wilibaldo HERNANDEZ-Pardo (1403 Aberdeen Avenue, Aberdeen,**
15 **Washington)**

16    157.    Based on intercepted conversations, unindicted co-conspirator Wilibaldo

17 HERNANDEZ-Pardo is a heroin and methamphetamine distributor in the Aberdeen,

18 Washington. Wilibaldo HERNANDEZ-Pardo acquires his heroin and methamphetamine from

19 Antonio ZUNIGA-Barajas. Based on intercepted conversations, Wilibaldo HERNANDEZ-Pardo

20 is the cousin of Jose Manuel PARDO-Martinez.

21    158.    Wilibaldo HERNANDEZ-Pardo has been identified as the user of 206-850-5454.

22 This phone number was provided to Antonio ZUNIGA-Barajas by Jose Manuel PARDO-

23 Martinez on January 20, 2013 (Session No. 756 on TT-20). During this same conversation, Jose

24 Manuel PARDO-Martinez told Antonio ZUNIGA-Barajas to "ask for El Pichon." Jose Manuel

25 PARDO-Martinez also said he is known as "Willy." Investigators later identified "Willy" as

26

27      [9]     Based on an intercepted phone call, Alberto BERNAL told Antonio
ZUNIGA-Barajas that he had "been living in a fucking garage" since he had "that problem"

28 (investigators believed Alberto BERNAL was referring to the traffic stop on December 4, 2012
and the subsequent seizure of methamphetamine and his vehicle by law enforcement).

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 67

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Wilibaldo HERNANDEZ-Pardo after Antonio ZUNIGA-Barajas requested "Willy" wire money

2    to Mexico for him and "Willy" provided the sender's name as "Wilibaldo Hernandez-Pardo."

3         159.    In particular, on February 3, 2013, investigators intercepted a text message to

4    Antonio ZUNIGA-Barajas, using TT-27, from "Willy," using 206-850-5454. In the text message

5    was the confirmation code for the wire transfer, the amount, and the senders name, "Wilibaldo

6    Hernandez-Pardo" (Session No. 154 on TT-27). An arrest booking photo was later obtained for

7    Wilibaldo HERNANDEZ-Pardo . On February 12, 2013, investigators obtained a GPS tracking

8    warrant for 206-850-5454. On February 13, 2013, based on GPS data in conjunction with

9    coordinated surveillance, investigators observed a 2005 gold Hyundai Elantra with Washington

10   license ADK6021 (which is registered to Galeana T. Pedro at 212 N. F Street, Aberdeen,

11   Wasington) driving north on Interstate 5 and immediately recognized the driver as Wilibaldo

12   HERNANDEZ-Pardo based on the booking photo.

13        160.    Investigators believe Wilibaldo HERNANDEZ-Pardo resides at **1403 Aberdeen**

14   **Avenue, Aberdeen, Washington**. As stated previously, a GPS tracking warrant was obtained

15   for 206-850-5454 on February 12, 2013. I have reviewed the GPS data for 206-850-5454 and I

16   have observed that the cellular phone is located in the vicinity of **1403 Aberdeen Avenue**,

17   particularly during the early morning hours. Investigators have observed the gold Hyundai

18   Elentra (ADK6021) parked at the residence on the regular basis. On February 28, 2013,

19   investigators conducting surveillance at **1403 Aberdeen Avenue** observed Wilibaldo

20   HERNANDEZ-Pardo inside of the residence looking out of one of the windows. The

21   investigator recognized Wilibaldo HERNANDEZ-Pardo from his booking photo. An example of

22   his participation in the conspiracy is as follows:

         **1.    *January 20, 2013: Wilibaldo HERNANDEZ-Pardo Received "one***
              ***patada" From Antonio ZUNIGA-Barajas***

25        161.    On January 19, 2013 at approximately 2:54 p.m., TT-13 received a text message

26   from Mexican phone number 52-6721202043 (Session No. 6706 on TT-13). The text message

27   read, "Dude, my cousin is ready. When can you take him work?" A short while later, TT-13 sent

28   the following text message to Mexican phone number 52-6721202043 (Session No. 6714 on

1   TT-13). "Dude, I'm moving on that. I got stuck with some ventanas and I slowed down. I can't

2   get back the money I invested. But, I already told you about the ones that I'm going to give you,

3   so make the effort. Look for someone to buy the ventanas from me so that I can recover." At

4   approximately 6:54 p.m., Antonio ZUNIGA-Barajas, using TT-20, called Jose Manuel PARDO-

5   Martinez at 5216671292477 (Session No. 674 on TT-20). Jose Manuel PARDO-Martinez told

6   Antonio ZUNIGA-Barajas that his "cousin" would be waiting for him tomorrow. Antonio

7   ZUNIGA-Barajas told Jose Manuel PARDO-Martinez that it was far from there [Kennewick] to

8   there [possibly referring to Aberdeen]. Antonio ZUNIGA-Barajas told Jose Manuel PARDO-

9   Martinez that he wanted to take him [cousin] "two muchachas" [two units of narcotics]. Jose

10  Manuel PARDO-Martinez said it was too much because it was slow and just "one" would do.

11  Jose Manuel PARDO-Martinez asked Antonio ZUNIGA-Barajas what time he would go there.

12  Antonio ZUNIGA-Barajas told Jose Manuel PARDO-Martinez he would let him know.

13          162.    Based on the intercepted text messages and call described above, and my training

14  and experience, I believe Jose Manuel PARDO-Martinez was telling Antonio ZUNIGA-Barajas

15  that he had a "cousin" [later identified as Wilibaldo HERNANDEZ-Pardo ] that was ready to

16  "work" [distribute narcotics] and would be available to meet and receive the narcotics the

17  following day. Antonio ZUNIGA-Barajas told Jose Manuel PARDO-Martinez that he was stuck

18  with some ventanas [literally windows; referring to methamphetamine] that he needed to

19  distribute in order to recover the money he invested. Antonio ZUNIGA-Barajas goes on to

20  explain that he would take Jose Manuel PARDO-Martinez's cousin "two muchachas" [literally

21  two girls; referring to two units of narcotics] to distribute. Jose Manuel PARDO-Martinez then

22  told Antonio ZUNIGA-Barajas that things were slow and he should only bring "one" [one unit of

23  narcotics].

24          163.    At approximately 8:49 p.m., Javier LNU, using TT-21, called Omar HUERTA-

25  Garcia at 509-438-2278 (Session No. 1197 on TT-21). Javier LNU told Omar HUERTA-Garcia,

26  "......You should go see that house there, sons. The guy is barely going to start it. I think that the

27  next round is going to be more." Omar HUERTA-Garcia acknowledged. Javier LNU continued,

28  "Yes. So they can give you some to buy the material to go there and see how the *casilla* is."

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 69

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Omar HUERTA-Garcia asked, "Then in the morning we can make the arrangements, right?  Or

2  do you want it now."  Javier LNU said, "No. It's up to you, when you think it's the best time to go

3  and see it."  Omar HUERTA-Garcia said, "If you want I give you a ring in the morning."  Javier

4  LNU replied, "All right, that's fine. Uh-huh."  Omar HUERTA-Garcia said, "Okay, yes, in the

5  morning I will give you a ring to the make the arrangements."  Based on this call and my training

6  and experience, I believed Javier LNU was telling Omar HUERTA-Garcia that he would be

7  making a narcotics delivery ["go see that house"] and that this delivery would be small ["the guy

8  is barely going to start"] but that future deliveries would be larger ["the next round is going to be

9  more"].  The two agreed the deliver would be made the following day.

10         164.    On the morning of January 20, 2013, I observed GPS data for the cellular phone

11  of Omar HUERTA-Garcia, 509-438-2278, and observed the cellular phone travel from

12  Kennewick, Washington to Aberdeen, Washington.  At approximately 11:00 a.m., Antonio

13  ZUNIGA-Barajas, using TT-20, called Jose Manuel PARDO-Martinez at 5216671292477

14  (Session No. 751 on TT-20).  Antonio ZUNIGA-Barajas asked Jose Manuel PARDO-Martinez

15  to give him his "cousin's number" so they could meet him in a little while.  Jose Manuel

16  PARDO-Martinez told Antonio ZUNIGA-Barajas that he would send the number in a message

17  because he did not remember it.

18         165.    At approximately 11:43 a.m., TT-20 received a message from 509-438-2278

19  (Session No. 755 on TT-20).  The message read, "Send me the number."  Less than a minute

20  later, Antonio ZUNIGA-Barajas, using TT-20, called Jose Manuel PARDO-Martinez at

21  5216671292477 (Session No. 756 on TT-20).  Antonio ZUNIGA-Barajas told Jose Manuel

22  PARDO-Martinez to "send me the number."  Jose Manuel PARDO-Martinez provided the

23  following number, "206-850-5454."  Jose Manuel PARDO-Martinez told Antonio

24  ZUNIGA-Barajas to "ask for El Pichon."  Jose Manuel PARDO-Martinez said he is also "know

25  as Willy."

26         166.    At approximately 11:46 a.m., Antonio ZUNIGA-Barajas, using TT-20, called

27  Wilibaldo HERNANDEZ-Pardo at 206-850-5454 (Session No. 758 on TT-20).  Antonio

28  ZUNIGA-Barajas asked, "Are you Willy or El Pichon or something like that?"  Wilibaldo

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 │ HERNANDEZ-Pardo responded, "Yep." Antonio ZUNIGA-Barajas said, "All right.  Mani told

2 │ me to call you." Wilibaldo HERNANDEZ-Pardo acknowledged. Antonio ZUNIGA-Barajas

3 │ continued, "All right.  A guy is going over there to see you in a while.  I want you to put some

4 │ effort into it, get excited about it.  Move some over there and work it." Wilibaldo

5 │ HERNANDEZ-Pardo acknowledged.  Antonio ZUNIGA-Barajas said, "I am going to give your

6 │ number to the guy so that he calls you." Wilibaldo HERNANDEZ-Pardo said, "All right, then."

7 │ Antonio ZUNIGA-Barajas continued, "They will call you in a while.  Answer the phone." After

8 │ hanging up with Wilibaldo HERNANDEZ-Pardo, TT-20 sent a text message to 509-438-2278

9 │ (Session No. 759 on TT-20).  The text message read, "2068505454 they call him El Pichon." I

10 │ have reviewed toll records for 509-438-2278, used by Omar HUERTA-Garcia, for January 20,

11 │ 2013, and observed that there were five contacts that day between Omar HUERTA-Garcia and

12 │ Wilibaldo HERNANDEZ-Pardo between 12:01 p.m. and 1:34 p.m.

13 │    167. At approximately 11:54 a.m., Antonio ZUNIGA-Barajas, using TT-20, received a

14 │ call from Omar HUERTA-Garcia, using 509-438-2278 (Session No. 763 on TT-20).  Antonio

15 │ ZUNIGA-Barajas asked, "Where are you?" Omar HUERTA-Garcia said, "Almost arriving to

16 │ Tacos" [referring to Tacoma]. Antonio ZUNIGA-Barajas said, "Uhm.  Well you have to go all

17 │ the way to look at the house, dude." Omar HUERTA-Garcia asked, "What is the guy saying?"

18 │ Antonio ZUNIGA-Barajas said, "[stutters]...next time, he will come to the place you had

19 │ mentioned." Omar HUERTA-Garcia asked Antonio ZUNIGA-Barajas to have the guy

20 │ [Wilibaldo HERNANDEZ-Pardo] meet him around the mall.  Antonio ZUNIGA-Barajas told

21 │ Omar HUERTA-Garcia that he would call the guy [Wilibaldo HERNANDEZ-Pardo] and find

22 │ out if he would agree to that.

23 │    168. A few minutes later, Antonio ZUNIGA-Barajas, using TT-20, called Wilibaldo

24 │ HERNANDEZ-Pardo at 206-850-5454 (Session No. 764 on TT-20).  Antonio ZUNIGA-Barajas

25 │ asked if he [Wilibaldo HERNANDEZ-Pardo ] could get close to the "camino grande" [literally

26 │ big road; possibly referring to Interstate 5].  Wilibaldo HERNANDEZ-Pardo replied, "The thing

27 │ is that I don't have a license right now and the driver is working."  At approximately 11:58 a.m.,

28 │ Antonio ZUNIGA-Barajas, using TT-20, called Omar HUERTA-Garcia at 509-438-2278

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 71

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   (Session No. 765 on TT-20). Antonio ZUNIGA-Barajas told Omar HUERTA-Garcia that the

2   guy [Wilibaldo HERNANDEZ-Pardo] did not have a driver's license and the guy that had a

3   driver's license was not there.

4        169.   At approximately 1:47 p.m., TT-20, this time used by Javier LNU, placed a call to

5   Omar HUERTA-Garcia at 509-438-2278 (Session No. 780 on TT-20). Javier LNU asked Omar

6   HUERTA-Garcia how he was doing. Omar HUERTA-Garcia told Javier LNU that he was doing

7   good and just finished "working." Omar HUERTA-Garcia told Javier LNU that they were

8   coming back from the "fucking house." Based on my training and experience, I believe Omar

9   HUERTA-Garcia told Javier LNU that the narcotics delivery had been made ["finished

10   working"] and that he was leaving the Aberdeen area.

11        170.   At approximately 1:48 p.m., Antonio ZUNIGA-Barajas, using TT-20, called Jose

12   Manuel PARDO-Martinez at 5216671292477 (Session No. 782 on TT-20). Antonio

13   ZUNIGA-Barajas told Jose Manuel PARDO-Martinez that Omar HUERTA-Garcia and

14   Wilibaldo HERNANDEZ-Pardo had already met and Wilibaldo HERNANDEZ-Pardo was given

15   one "patada" [literally kick; referring to a unit of dope].

16        171.   As stated previously, on January 20, 2013, I observed GPS data for 509-438-2278,

17   used by Omar HUERTA-Garcia, and observed the cellular phone travel from Kennewick,

18   Washington to Aberdeen, Washington, arriving in the Aberdeen area in the early afternoon.

19   Based on the intercepted phone conversations and text messages described above and my training

20   and experience, I believe Omar HUERTA-Garcia traveled from Kennewick, Washington to

21   Aberdeen, Washington to transfer one unit of narcotics ["patada"] to Wilibaldo HERNANDEZ-

22   Pardo at the request of Antonio ZUNIGA-Barajas and Javier LNU.

23        172.   Based on the foregoing, I respectfully submit there is probable cause to believe

24   that Wilibaldo HERNANDEZ-Pardo and others are conspiring to, and actively engaged in,

25   trafficking in controlled substances. I also respectfully submit that there is probable cause to

26   believe that Wilibaldo HERNANDEZ-Pardo resides at **1403 Aberdeen Avenue, Aberdeen,**

27   **Washington** and I believe that evidence, as described in Attachment B, can be found at that

28   location.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CONCLUSION**

173.    Based on the foregoing, I respectfully submit that probable cause exists to search the premises and vehicles more particularly in Attachment A, for fruits, evidence, and instrumentalities of crimes against the United States, specifically, distribution and possession with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841 and 846 (distribution, and possession with intent to distribute, of controlled substances, and conspiracy to do the same), 21 U.S.C. §843(b) (use of communication facilities to commit, facilitate, or further an act or acts which constitute a felony), and 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h) (money laundering and conspiracy to do the same), as described in Attachment B.

174.    This is a multi-state investigation, with search warrants being executed at multiple locations.  It is possible that not all of the search warrants will be executed simultaneously. Premature disclosure of the contents of this affidavit may put the larger investigation at risk. Accordingly, I respectfully ask that this application remain sealed until further order of the Court.

_____
TERRIS FARABEE, Affiant
Special Agent, DEA

SUBSCRIBED AND SWORN to before me this _11th_ day of March, by Special Agent Terris Farabee.

_____
THE HONORABLE JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Affidavit of Special Agent Terris Farabee
In Support of Search Warrant – Page 73

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970